```
 1
 2
 3
 4
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES P. DeFAZIO,
11                Plaintiff,
12        v.                         CIV. NO. S-04-1358 LKK/GGH
13   HOLLISTER, INC., et al.,
14                Defendants.
                                  /
15   KATHLEEN ELLIS,
16                Plaintiff,
17        v.                         CIV. NO. S-05-559 GEB/PAN
18   HOLLISTER, INC., et al.,
19                Defendant.
                                  /
20
     BRENDA DIMARO and HALLIE LAVICK,
21
                  Plaintiffs,
22
          v.                         CIV. NO. S-05-1726 GEB/JFM
23
     HOLLISTER, INC., et al.,        RELATED CASE ORDER
24
                  Defendants.
25                                /
26   ////
```

1

1    Examination of the above-entitled actions reveals that
2 the three (3) actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997). The actions involve the same Plan, and
4 are based on the same or similar claims, the same property,
5 transaction or event, similar questions of fact and the same
6 question of law.[1]

7    Accordingly, the assignment of the matters to the same judge
8 and magistrate judge is likely to effect a substantial savings of
9 judicial effort and is also likely to be convenient for the
10 parties.

11    The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that the three (3) actions
13 are assigned to the same judge and magistrate judge; no
14 consolidation of the actions is effected. Under the regular
15 practice of this court, related cases are generally assigned to the
16 judge and magistrate judge to whom the first filed action was
17 assigned.

18    IT IS THEREFORE ORDERED that the actions denominated CIV. NO.
19 S-05-559 GEB/PAN and CIV. NO. S-05-1726 GEB/JFM be, and the same
20 hereby are, reassigned to Judge Lawrence K. Karlton and Magistrate
21 Judge Gregory G. Hollows for all further proceedings, and any dates

---

[1] Although no Notice of Related Cases was filed in No. Civ. S-05-559, the court takes judicial notice of plaintiff Ellis' oppositions to the motions to dismiss and transfer, in which she notifies the court that the matter is related to the lead case DeFazio. Additionally, in the Notice of Related Cases filed in the DeFazio and the Dimaro cases, counsel for plaintiff further notified the court that the Ellis action was related. The court finds the action is, indeed, related.

2

1  currently set in this reassigned case <u>only</u>, including any hearing
2  dates currently set before Judge Burrell, are hereby VACATED.  The
3  parties are directed to re-notice any previously-filed motions for
4  hearing before the undersigned.  Henceforth, the caption on
5  documents filed in the reassigned cases shall be shown as CIV. NO.
6  S-05-559 LKK/GGH and CIV. NO. S-05-1726 LKK/GGH, respectively.
7       IT IS FURTHER ORDERED that the Clerk of the Court make
8  appropriate adjustment in the assignment of civil cases to
9  compensate for this reassignment.
10      DATED: October 17, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT