```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JAMES P. DeFAZIO,

          Plaintiff,

     v.                              NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan
Administrator; et al.,

          Defendants.
                                   /
KATHLEEN ELLIS,

             Plaintiff,

     v.                              NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

             Defendants.
                                   /
BRENDA DIMARO; and HALLIE LAVICK,

             Plaintiffs,

     v.                              NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,
                                             O R D E R
             Defendants.
                                   /
```

1

1    On April 3, 2005, a telephonic status conference was held in
2 Dimaro and Lavick v. Hollister, Inc., et al., 05-1726, and Ellis
3 v. Hollister, Inc., et al, 05-0559.  As a result of that
4 conference, the court hereby ORDERS as follows:
5    1.  The date for disclosure of experts in 05-1726 and 05-559
6 is hereby VACATED to be reset at the April 24, 2006 Status
7 Conference.
8    2.  Any depositions taken in the three above-captioned cases
9 may be used in any of those three cases.
10   3.  Counsel for the parties in the three above-captioned cases
11 are ordered to appear before the court on April 24, 2006 at 3:30
12 p.m. for a Status Conference.  The parties are reminded of their
13 obligation to file status reports not later than ten (10) days
14 preceding the conference.
15   IT IS SO ORDERED.
16   DATED:  April 6, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2