UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

      Plaintiff,

   v.                               NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan
Administrator; et al.,

      Defendants.
_____/

KATHLEEN ELLIS,

        Plaintiff,

   v.                               NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

        Defendants.
_____/

BRENDA DIMARO; and HALLIE LAVICK,

        Plaintiffs,

   v.                               NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,

                                   O R D E R

        Defendants.
_____/

1

On April 24, 2006, a Status Conference was held in the above-captioned cases.  Based on discussions during that conference, the court hereby ORDERS as follows:

1.  Within ten (10) days of the Status Conference, the parties shall file briefs not exceeding ten (10) pages proposing how the above-captioned cases should be tried to the court.[1]

2.  All dates in DeFazio v. Hollister, No. Civ. S-04-1358, are VACATED.

3.  Defendants in Ellis v. Hollister, No. Civ. S-05-559, and Dimaro v. Hollister, No. Civ. S-05-1726, are granted a twenty-one (21) day extension to file their answers.

IT IS SO ORDERED.

DATED:  April 26, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1]  As noted during the Status Conference, the parties should focus on how each proposal would increase efficiency and convenience for the court.

2