| | |
|---|---|
| 1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 2 | William A. Gould, Jr., Bar No. 035446<br>wgould@wilkefleury.com |
| 3 | Daniel L. Baxter, Bar No. 203862<br>dbaxter@wilkefleury.com |
| 4 | 400 Capitol Mall, Twenty-Second Floor<br>Sacramento, CA  95814 |
| 5 | |
| 6 | Telephone:   (916) 441-2430<br>Facsimile:   (916) 442-6664<br>E-mail:   wgould@wilkefleury.com |
| 7 | |
| 8 | Attorneys for Defendants<br>HOLLISTER, INC. (plan administrator), SAMUEL BRILLIANT (plan trustee), JAMES J. McCORMACK (plan trustee), JAMES A. KARLOVSKY (plan trustee), RICHARD T. ZWIRNER (plan trustee), MICHAEL C. WINN (plan trustee), LORETTA L. STEMPINSKI (plan trustee), DONNA J. MATSON (plan trustee), ALAN F. HERBERT (plan trustee), HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST (the EIAP), THE FIRM OF JOHN DICKINSON SCHNEIDER, INC. (de facto fiduciary) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DEFAZIO,<br><br>             Plaintiff,<br><br>    v.<br><br>HOLLISTER, INC., et al.,<br><br>             Defendants. | Case No.  S-04-1358 LKK/GGH<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF FILING DATES FOR DEFENDANTS BRENDA DIMARO AND HALLIE LAVICK'S FIRST AMENDED COMPLAINT AND DEFENDANTS' ANSWERS TO DISCOVERY** |
| BRENDA DIMARO and HALLIE LAVICK,<br><br>             Plaintiffs,<br><br>    v.<br><br>HOLLISTER, INC., et al.,<br><br>             Defendants. | Case No.  S-05-1726 LKK/GGH |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

223647.1

- 1 -

STIPULATION AND ORDER S-04-1358
LKK/GGH; S-05-559 LKK/GGH; S-05-1726
LKK/GGH

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between counsel for the respective parties that Plaintiffs Brenda Dimaro and Hallie Lavick shall have up to and including June 16, 2006 within which to file a First Amended Complaint.

IT IS FURTHER STIPULATED that Defendants herein named shall have up to and including June 30, 2006 within which to file their answer or to otherwise plead.

DATED: May _____, 2006              WILKE, FLEURY, HOFFELT,
                                    GOULD & BIRNEY, LLP


                                    /SIGNATURE ON ORIGINAL

                                    WILLIAM A. GOULD, JR.
                                    Attorneys for Defendants


DATED: May _____, 2006              LAW OFFICES OF LYNN HUBBARD


                                    /SIGNATURE ON ORIGINAL

                                    SCOTTLYNN J. HUBBARD, IV
                                    Attorneys for Plaintiffs


IT IS SO ORDERED:

                                    /s/Lawrence K. Karlton
                                    Lawrence K. Karlton
                                    Senior Judge

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW

223647.1                            - 2 -                STIPULATION AND ORDER  S-04-1358
                                                         LKK/GGH; S-05-559 LKK/GGH; S-05-1726
                                                         LKK/GGH

PDF created with pdfFactory trial version www.pdffactory.com