UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

       Plaintiff,

    v.                                     NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan Administrator; et al.,

       Defendants.
_____/
KATHLEEN ELLIS,

       Plaintiff,

    v.                                     NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

       Defendants.
_____/
BRENDA DIMARO; and HALLIE LAVICK,

       Plaintiffs,

    v.                                     NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,                O R D E R

       Defendants.
_____/

1

On April 24, 2006, a Status Conference was held in the above-captioned cases.  At the Status Conference, the court ordered the parties to brief how the court should try the three cases.  After having considered the parties' response to the court's order, the court concludes that plaintiff Ellis' suggestion is the most fair and efficient.  Accordingly, the court hereby ORDERS as follows:

1.  The three above-captioned cases shall be consolidated and the cases shall be tried in two phases.[1]  The first phase shall involve valuation issues.  The second phase of the trial shall deal with the QDRO issues raised in the <u>Ellis</u> and <u>DeFazio</u> cases.

2.  The parties are ordered to appear before the court on June 26, 2006 at 3:30 p.m. for a Status Conference.  The parties are reminded of their obligation to file status reports pursuant to the Local Rules.[2]

IT IS SO ORDERED.

DATED: May 24, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court shall issue an order consolidating the three above-captioned cases.

[2] To the extent that the parties have progressed in the litigation, the court wishes the parties to make the court aware of these developments.  The parties should also be prepared to discuss new dates for discovery, law and motion practice, pretrial, and trial.

2