UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,

 v.                                      NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan Administrator; et al.,

    Defendants.

_____/

    A hearing on this case was scheduled for June 12, 2006, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendants' motion for leave to file an amended answer. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Plaintiff has failed to file an opposition or statement of non-opposition.

////

////

1

1       Accordingly, the court ORDERS as follows:

2       1. Counsel for plaintiff, is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in accordance with Local Rule 78-230, unless that party timely files a written Statement of No Opposition.

3       2. The hearing on the motion of all defendants for leave to file an amended answer presently before the court is CONTINUED to June 26, 2006, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

4       3. Plaintiff's counsel is directed to file the opposition or statement of non-opposition not later than June 12, 2006 at 10:00 a.m.

        IT IS SO ORDERED.

        DATED: May 31, 2006

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT