UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,

  v.                                 NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan Administrator; et al.,

    Defendants.
_____/

    The court is in receipt of plaintiffs' (Dimaro, Lavick, and DeFazio) and defendants' stipulation to modify a number of dates, to allow plaintiffs Dimaro and Lavick to file an amended complaint, and to allow defendants to file an amended answer in <u>DeFazio v. Hollister, Inc., et al.</u>  The court hereby ORDERS as follows:

    1. Except as to the motion to amend in <u>DeFazio v. Hollister, Inc., et al.</u>, the court DEFERS ruling on these requests until the Status Conference on June 26, 2006, as to the motion to amend it is granted.

/////

1

2. All pending discovery is STAYED until that Status Conference.

3. Defendants' motion to amend the answer in <u>DeFazio v. Hollister, Inc., et al.</u> is GRANTED.[1]  The hearing on defendants' motion, currently scheduled for June 26, 2006, is VACATED.

IT IS SO ORDERED.

DATED: June 15, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs filed a statement of non-opposition to this motion on June 12, 2006.  The amended answer shall be filed and served no later than June 21, 2006 at 10:00 a.m.

2