UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,

  v.                                NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan Administrator; et al.,

    Defendants.

_____/

    The court is in receipt of the parties' stipulation to continue the June 26, 2006 Status Conference.[1] No good cause having been shown, the court hereby ORDERS as follows:

    1. The parties' stipulation to continue the Status Conference is DENIED.

    2. Plaintiffs' counsel may make his appearance telephonically or arrange for another attorney to attend on his behalf on the

---

[1] The court notes that this stipulation is submitted less than one week prior to the Status Conference and that plaintiff's counsel has been aware of this Status Conference since May 26, 2006.

1

1 | court's previously-scheduled date, June 26, 2006 at 3:30 p.m.
2 |     IT IS SO ORDERED.
3 |     DATED: June 20, 2006.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2