UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

        Plaintiff,

   v.                                 NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., et al,

        Defendants.
_____/
KATHLEEN ELLIS,

        Plaintiff,

   v.                                 NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al,

        Defendants.
_____/
BRENDA DIMARO and HALLIE LAVICK,

        Plaintiffs,

   v.                                 NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al,

        Defendants.
_____/

1

**ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 6, 2006.


/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IT IS FURTHER ORDERED:

1.  All currently scheduled dates in the above-captioned action are **VACATED**;

2.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4.  This case is REASSIGNED to the Honorable David F. Levi.

DATED: September 11, 2006.


DAVID F. LEVI
Chief United States District Judge

2