```
 1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
    WILLIAM A. GOULD, JR. (SBN 035446)
 2  DANIEL L. BAXTER (SBN 203862)
    400 Capitol Mall, Twenty-Second Floor
 3  Sacramento, CA  95814

 4  Telephone:   (916) 441-2430
    Facsimile:   (916) 442-6664
 5
    Attorneys for Defendants
 6  HOLLISTER, INC.; HOLLISTER EMPLOYEE SHARE
    OWNERSHIP TRUST; THE FIRM OF JOHN
 7  DICKINSON SCHNEIDER, INC.; SAMUEL
    BRILLIANT; JAMES J. McCORMACK; JAMES A.
 8  KARLOVSKY; and RICHARD T. ZWIRNER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DEFAZIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　Defendants.<br><br>KATHLEEN ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　Defendants. | Case No.  S-04-1358 DFL/GGH<br>**(CONSOLIDATED ACTION MASTER FILE NUMBER)**<br><br>**STIPULATION AND ▮▮▮▮ ORDER RE CONTINUANCE OF HEARING DATE ON PLAINTIFF BRENDA DIMARO'S MOTIONS TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS AND TO DETERMINE THE SUFFICIENCY OF THEIR OBJECTIONS** |

1  BRENDA DIMARO; and HALLIE
2  LAVICK,
3        Plaintiff,
4    v.
5  HOLLISTER, INC., et al.,
6        Defendants.

7

8                              **RECITALS**

9   Currently on the Court's calendar for October 5, 2006 are Plaintiff BRENDA DIMARO's
10 motions to compel further discovery responses from the various named Defendants and to
11 determine the sufficiency of Defendants' objections (motions filed on September 8, 2006).

12  Contemporaneously with the filing of this Stipulation, Defendants will file a motion for a
13 protective order in this matter. That motion will deal with the same discovery and documentation
14 that is the subject of the above-described motion brought by Ms. Dimaro, and will be calendared
15 for October 19. Given this, and in the interests of judicial and party economy, the parties wish to
16 have both motions heard at the same time. To that end, the parties wish to have hearing on Ms.
17 Dimaro's motions to compel further discovery responses from Defendants and to determine the
18 sufficiency of Defendants' objections rescheduled from October 5, 2006 to October 19, 2006, to
19 be heard concurrently with Defendants' motion for a protective order.

20                             **STIPULATION**

21  In light of the above, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

22  1.   Hearing on Plaintiff BRENDA DIMARO's motions to compel further discovery
23 responses from Defendants and to determine the sufficiency of Defendants' objections (motions
24 filed on September 8, 2006) is hereby continued from October 5, 2006 to October 19, 2006.

25 ///
26 ///
27 ///
28 ///

2. In accordance with Local Rule 37-251, the Joint Statements on both motions (i.e., (1) Ms. Dimaro's motions to compel further discovery responses from the various named Defendants and to determine the sufficiency of Defendants' objections, and (2) Defendants' motion for a protective order) shall each be submitted to the Court not later than October 13, 2006.

IT IS SO STIPULATED.

DATED: September 19, 2006                        LAW OFFICES OF LYNN HUBBARD

                                                 By: _____/s/ Scottlynn J. Hubbard, IV_____
                                                         SCOTTLYNN J. HUBBARD, IV
                                                         Attorneys for Plaintiffs

DATED: September 19, 2006                        WILKE, FLEURY, HOFFELT, GOULD &
                                                 BIRNEY, LLP


                                                 By: _____/s/ Daniel L. Baxter_____
                                                         DANIEL L. BAXTER
                                                         Attorneys for Defendants

IT IS SO ORDERED.

Dated: Sept. 20, 2006

                                                 GREGORY G. HOLLOWS
                                                 United States Magistrate Judge

227357.1