IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DEFAZIO,

    Plaintiff,　　　　　　　　　　No. CIV S-04-1358 DFL GGH

    vs.

HOLLISTER, INC., et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>

_____/

    At hearing on October 19, 2006, the court directed the parties to file a joint discovery plan by November 10, 2006.[1] In addition to matters specified at hearing, the parties are directed to address the issue of electronic discovery and the logistics to support it.

    Accordingly, IT IS ORDERED that the parties file a joint discovery plan by November 13, 2006. That plan shall address electronic discovery and propose logistics therefor.

DATED: 10/20/06

                                   /s/ Gregory G. Hollows
                                   GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

GGH:076
DeFazio1358.sup.wpd

---

[1] Because November 10 is a federal holiday, the joint plan shall be filed by November 13, 2006.

1