**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Russell G. Porter, SBN 041020
Martin N. Jensen, SBN 232231
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

**WILCOXEN, CALLAHAN, MONTGOMERY & DEACON**
Daniel E. Wilcoxen, SBN 054805
2114 K Street
Sacramento, California 95816
(916) 442-2777 (telephone)
(916) 442-4118 (facsimile)

Attorneys for Plaintiff KATHLEEN ELLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ELLIS, | Case No. CIV.S-04-1358 DFL GGH |
| Plaintiff, | [Consolidated Action Master Case Number] |
| v. | Case No. CIV.S-05-0559 DFL GGH |
| HOLLISTER, INC. (plan administrator); SAMUEL BRILLIANT (plan trustee); JAMES J. McCORMACK (plan trustee); JAMES A. KARLOVSKI (plan trustee); MICHAEL C. WINN (plan trustee); LORETTA L. STEMPINSKI (plan trustee); DONNA J. MATSON (plan trustee); ALAN F. HERBERT (plan trustee); HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST (the EIAP); THE FIRM OF JOHN DICKINSON SCHNEIDER, INC. (*De facto* fiduciary); and DOES 1 through 50, inclusive, Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING JOINT DISCOVERY PLAN** |

The underlying parties hereby stipulate to extend the date to file the joint discovery plan pursuant to the Court's order dated October 20, 2006. The deadline is currently scheduled for November 13, 2006.

The undersigned parties hereby stipulate to extend the deadline to submit the joint discovery plan to November 20, 2006.

The parties further stipulate and agree that the foregoing stipulation may be executed in facsimile countersignatures in order to expedite this process.

IT IS SO STIPULATED.

DATED: November 13, 2006           PORTER, SCOTT, WEIBERG & DELEHANT
                                   A Professional Corporation


                                   By     */s/ Martin N. Jensen*
                                          Russell G. Porter
                                          Martin N. Jensen


DATED: November 13, 2006           WILCOXEN, CALLAHAN, MONTGOMERY &
                                   DEACON


                                   By     */s/ Daniel E. Wilcoxen*
                                          Daniel E. Wilcoxen


DATED: November 13, 2006           WILKE, FLEURY, HOFFELT, GOULD &
                                   BIRNEY, LLP


                                   By     */s/ William A. Gould, Jr.*
                                          William A. Gould, Jr.
                                          (As authorized on 11/13/06)

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

2
STIPULATION AND [PROPOSED ORDER] REGARDING JOINT DISCOVERY PLAN
00466830.WPD

| | | |
|---|---|---|
| 1 | DATED: November 13, 2006 | ADDUCCI, DORF, LEHNER, MITCHELL & BLANKENSHIP |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ James D. Adducci*<br>James D. Adducci |
| 5 | | Marshall L. Blankenship<br>(As authorized on 11/13/06) |
| 6 | | |
| 7 | DATED: November 10, 2006 | SCHUYLER, ROCHE & ZWIRNER, P.C. |
| 8 | | |
| 9 | | |
| 10 | | By  */s/ L. Andrew Brehm*<br>L. Andrew Brehm |
| 11 | | Michael B. Roche<br>(As authorized on 11/10/06) |
| 12 | | |
| 13 | DATED: November 13, 2006 | LAW OFFICES OF LYNN HUBBARD |
| 14 | | |
| 15 | | By  */s/ Scottlynn Hubbard, IV*<br>Lynn Hubbard, III |
| 16 | | Scottlynn Hubbard, IV<br>(As authorized on 11/13/06) |

IT IS SO ORDERED.

DATED: 11/15/06         /s/ Gregory G. Hollows
                                 United States Magistrate Judge

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

3

STIPULATION AND [PROPOSED ORDER] REGARDING JOINT DISCOVERY PLAN

00466830.WPD