IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO, | |
|     Plaintiffs, | No. CIV S-04-1358 DFL GGH |
| vs. | (Consolidated Master Case Number) |
| HOLLISTER, INC., et al., | |
|     Defendants. | |
| _____/ | |
| KATHLEEN ELLIS, | |
|     Plaintiff, | No. CIV S-05-0559 DFL GGH |
| vs. | |
| HOLLISTER, INC., et al., | |
|     Defendants. | |
| _____/ | |
| BRENDA DIMARO & HOLLIE LAVICK, | |
|     Plaintiffs, | No. CIV S-05-1726 DFL GGH |
| vs. | |
| HOLLISTER, INC., et al., | |
|     Defendants. | ORDER |
| _____/ | |

1

1  The undersigned is in receipt of the parties' proposed discovery plan and
2  plaintiff's request to supplement the discovery plan.  In order to have a meaningful discovery
3  order issue, the discovery events in the case cannot be permitted to outrun the ability of an order
4  to control them.  Therefore, discovery is stayed in all captioned cases until the court issues its
5  combined discovery order.  That is, no further discovery requests shall issue until further order of
6  the court, and for pending discovery requests, no responses need be made until further order of
7  the court.
8  The undersigned recognizes the need to issue a discovery order expeditiously, and
9  has placed this matter at the "top of his pile."  While the undersigned cannot promise that a more
10  emergent matter will not temporarily displace the need to issue a discovery order in these cases,
11  or that there are no unrelated events on the court's calendar, every effort will be made to
12  continuously work on the discovery order.
13  DATED: 11/28/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

15  defazio.ord