UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,

  v.                                  NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan Administrator; et al.,      O R D E R

    Defendants.

_____/

    The court is in receipt defendants' motion to vacate the January 9, 2007 order reassigning the above captioned case to this court. The motion is set to be heard on the March 26, 2007 law and motion calender.

    The court briefly sets forth additional facts about the recusal and subsequent reassignment of the pending case. The court initially disqualified itself when it learned that the law firm of Porter, Scott, Weiberg & Delehant (attorneys for plaintiff Kathleen Ellis in this case) was representing the Sacramento Public Defenders' Office in a Section 1983 case. The judge's wife, a

1

public defender for the County, was a named defendant.  The case, <u>Ware v. Sacramento County et. al.</u>, 06-00913 RRB, has since been dismissed and the time for appeal has run.  Soon thereafter, the pending case was reassigned to this court.

With these facts in mind, the court requests that the parties brief the issues raised by the pending motion.  Accordingly, the court orders as follows:

1. Plaintiffs shall file oppositions or statements of non-opposition no later than March 12, 2007.  Reply briefs, if any, shall be filed no later than March 19, 2007.  Oral argument is set for March 26, 2007 at 10:00 a.m. on the court's regularly scheduled law and motion calendar.

2. The motions set to be heard on the February 20, 2007 law and motion calendar are hereby STAYED pending resolution of defendants' motion to vacate.

3. Defendants' ex parte application for a continuance of the hearing date on the pending motions is DENIED as moot.

IT IS SO ORDERED.

DATED: February 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2