UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

      Plaintiff,

  v.                                              NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan
Administrator; et al.,                         O R D E R

      Defendants.

_____/

     The court is in receipt of plaintiff's notice of waiver of oral argument with respect to defendants' motion to vacate the January 9, 2007 order reassigning the case to this court. Given that plaintiff is not the moving party on the motion, the court will proceed with oral argument. Should defendants also file a notice of waiver, the court will reconsider the need for oral argument. Plaintiff also waives oral argument on the other pending motions. Given that the other pending motions depend on the court's ruling on the motion to vacate, it is premature for the court to decide if there is a need for oral argument as to the

1

1  other motions.  Accordingly, the court orders as follows:
2       1. Plaintiff's Notice of Waiver is DISREGARDED.
3     IT IS SO ORDERED.
4     DATED: March 12, 2007.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```