WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
WILLIAM A. GOULD (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendants
--------------------------------------------------
LAW OFFICES OF LYNN HUBBARD
SCOTTLYNN J HUBBARD IV (SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for plaintiffs JAMES P. DeFAZIO, BRENDA DIMARO, HOLLIE LAVICK and MICHAEL MCNAIR

PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Russell G. Porter (SBN 041020)
Martin N. Jensen (SBN 232231)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for plaintiff, KATHLEEN ELLIS
--------------------------------------------------
WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
Daniel E. Wilcoxen (SBN 054805)
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for plaintiffs, KATHLEEN ELLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>    Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:       July 15, 2004 |
| KATHLEEN ELLIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>    Defendants. | |

**STIPULATION REGARDING FILING SECOND AMENDED COMPLAINT**

{00496924.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| BRENDA DIMARO and<br>HOLLIE LAVICK,<br>　　　　　Plaintiffs,<br>　　vs.<br>HOLLISTER INCORPORATED, et al.,<br>　　　　　Defendants. | |

The parties to these actions, by their undersigned counsel, pursuant to Fed. R. Civ. P. 15(a), and subject to the approval of the Court, hereby stipulate and agree as follows:

　　1.　　The plaintiffs are granted leave to file a second amended complaint substantially in the form previously tendered to defendants' counsel by Scottlynn J Hubbard IV.

　　2.　　Plaintiff Kathleen Ellis adopts the allegations contained in the Second Amended Complaint in their entirety.

　　3.　　The current defendants are granted 60 days from the date of filing to answer or otherwise plead to the second amended complaint.  New defendants will be granted 60 days from the date they are served, provided they waive service pursuant to Rule 4(d), within which to answer or otherwise plead in response to the second amended complaint.

　　4.　　By stipulating to the filing of the second amended complaint, defendants do not waive, and they expressly reserve, the right to challenge the legal sufficiency of that complaint including but not limited to the timeliness of its filing.

{00496924.DOC }

2

**STIPULATION REGARDING FILING SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

**Stipulated and agreed to:**

DATED: April 19, 2007                    SCHUYLER, ROCHE & ZWIRNER, P.C.

                                         By:   /s/ Michael B. Roche
                                               MICHAEL B. ROCHE
                                               Attorneys for Defendants
                                         HOLLISTER INCORPORATED and THE
                                         FIRM OF JOHN DICKINSON SCHNEIDER,
                                                       INC.

SCHUYLER, ROCHE & ZWIRNER, P.C.
MICHAEL B. ROCHE (admitted *pro hac vice*)
L. ANDREW BREHM (admitted *pro hac vice*)
Suite 3800, One Prudential Plaza
130 East Randolph Street
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300

Attorneys for defendants HOLLISTER INCORPORATED
and THE FIRM OF JOHN DICKINSON SCHNEIDER, INC.

                                         ADDUCCI, DORF, LEHNER
                                         MITCHELL & BLANKENSHIP


                                         By:   /s/ James D. Adducci
                                               JAMES D. ADDUCCI
                                               Attorney for Defendants
                                         HOLLISTER EMPLOYEE SHARE
                                         OWNERSHIP TRUST, SAMUEL BRILLIANT,
                                         JAMES J. McCORMACK, JAMES A.
                                         KARLOVSKY, and RICHARD T. ZWIRNER

ADDUCCI, DORF, LEHNER, MITCHELL & BLANKENSHIP, P.C.
JAMES D. ADDUCCI (admitted *pro hac vice*)
MARSHALL L. BLANKENSHIP (admitted *pro hac vice*)
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601-7524
Tel:   (312) 781-2800
Fax:   (312) 781-2811

Attorneys for defendants HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST,
SAMUEL BRILLIANT, JAMES J. McCORMACK, JAMES A. KARLOVSKY, and
RICHARD T. ZWIRNER

Co-counsel for all Defendants:

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
WILLIAM A. GOULD (SBN 035446)

1  DANIEL L. BAXTER (SBN 203862)
   400 Capitol Mall, Twenty-Second Floor
2  Sacramento, CA  95814
   Telephone:  (916) 441-2430
3  Facsimile:   (916) 442-6664

4  Attorneys for Defendants HOLLISTER INCORPORATED, HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST, SAMUEL BRILLIANT, JAMES J. MCCORMACK, JAMES A.
5  KARLOVSKY, RICHARD T. ZWIRNER and THE FIRM OF JOHN DICKINSON SCHNEIDER, INC.

6

7                             LAW OFFICES OF LYNN HUBBARD

8

9                             By:   /s/ Scottlynn J. Hubbard, IV
                                    SCOTTLYNN J. HUBBARD, IV
10                                 Attorneys for plaintiffs JAMES P.
                                   DEFAZIO, BRENDA DIMARO, HOLLIE
11                                 LAVICK and MICHAEL MCNAIR

12 LAW OFFICES OF LYNN HUBBARD
   SCOTTLYNN J HUBBARD IV (SBN 212970)
13 12 Williamsburg Lane
   Chico, California 95926
14 Telephone:  (530) 895-3252
15 Facsimile:   (530) 894-8244

16 Attorneys for plaintiffs JAMES P. DEFAZIO, BRENDA DIMARO, HOLLIE LAVICK and MICHAEL MCNAIR
17
                              PORTER, SCOTT, WEIBERG &
18                            DELEHANT

19

20                            By:     /s/ Russell G. Porter
21                                    RUSSELL G. PORTER
                                Attorneys for plaintiff KATHLEEN ELLIS
22
23 PORTER, SCOTT, WEIBERG & DELEHANT
   A Professional Corporation
24 Russell G. Porter (SBN 041020)
   Martin N. Jensen (SBN 232231)
25 350 University Avenue, Suite 200
   Sacramento, California 95825
26 Telephone:  (916) 929-1481
27 Facsimile:   (916) 927-3706

28 Attorneys for plaintiff, KATHLEEN ELLIS

{00496924.DOC}4
-4-
**STIPULATION REGARDING FILING SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

                    **WILCOXEN, CALLAHAN, MONTGOMERY & DEACON**


                    By:    /s/ Daniel E. Wilcoxen
                            DANIEL E. WILCOXEN
                       Attorney for plaintiff KATHLEEN ELLIS

Co-counsel for plaintiff, KATHLEEN ELLIS:
WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
Daniel E. Wilcoxen (SBN 054805)
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile:  (916) 442-4118

SO ORDERED,

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

<u>April 20, 2007</u>

{00496924.DOC}5

-5-

**STIPULATION REGARDING FILING SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com