Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiffs Jim DeFazio, Theresa Beetham, Brenda Dimaro, DeLane Humphries, Hallie Lavick, Michael McNair, Sonya Pace, Judy Seay, Nancy Russell Stanton, and Cindy Wirth

United States District Court

Eastern District Of California

| | |
|---|---|
| Jim DeFazio, et al., | CIV. S 04-1358 WBS GGH |
| Plaintiffs, | **Stipulation to Amend the Plaintiff's Complaint and [Proposed] Order Thereon** |
| vs. | |
| Hollister, Inc., et al., | Complaint Filed: July 15, 2004 |
| Defendants. | |

In light of the new evidence relating to the Eleventh Count of the SAC – *i.e.*, the lending of money or other extension of credit between the Plan and a party in interest – and the withdrawal of plaintiffs' counter-motion for partial summary judgment regarding the ERISA § 406(a)(1)(B) claim, (*docket nos. 203 and 190, respectively*), the parties hereby stipulate to the following:

1. Plaintiffs will be allowed to amend the allegations in a third amended complaint (TAC);
2. Defendants will execute a waiver of service regarding the TAC;
3. Plaintiffs shall file and serve the TAC no later than June 30, 2007; and
4. Defendants shall not be required to respond to the previously-filed Second Amended Complaints. Defendants shall have no less than 60 days (August 29, 2007) to file and serve responsive pleadings to the TAC.

It is so stipulated.

Dated: June 18, 2007    LAW OFFICES OF LYNN HUBBARD

    /s/   Scottlynn J Hubbard IV, esq.           /
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiffs DeFazio, Beetham, Dimaro, Humphries, Lavick, McNair, Pace, Seay, Stanton, and Wirth

Dated: June 19, 2007    PORTER SCOTT APC

    /s/   Martin N. Jensen, esq.                  /
MARTIN N. JENSEN
Attorneys for Plaintiff Ellis

*DeFazio, et al., v. Hollister, et al.*, Case No. CIV.S 04-1358 WBS GGH
Stipulation to Amend Plaintiffs' Complaint

- 2 -

| | | |
|---|---|---|
| 1 | Dated: June 19, 2007 | SCHUYLER ROCHE AND ZWIRNER |
| 2 | | |
| 3 | | /s/   L. Andrew Brehm, esq.            / |
| 4 | | L. ANDREW BREHM |
| 5 | | Attorneys for Defendants |
| 6 | Dated: June 19, 2007 | ADDUCCI DORF LEHNER MITCHELL |
| 7 | | AND BLANKENSHIP |
| 8 | | |
| 9 | | /s/   James D. Adducci, esq.            / |
| 10 | | JAMES D. ADDUCCI |
| | | Attorneys for Defendants |
| 11 | | |
| 12 | Dated: June 19, 2007 | SIDLEY AUSTIN LLP |
| 13 | | |
| 14 | | /s/   James W. Ducayet, esq.            / |
| | | JAMES W. DUCAYET |
| 15 | | Attorneys for Defendants |

### Order

Good cause having been shown, Plaintiffs request to amend the complaint is hereby granted.

Dated:  June 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*DeFazio, et al., v. Hollister, et al.*, Case No. CIV.S 04-1358 WBS GGH
Stipulation to Amend Plaintiffs' Complaint

- 3 -