UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DeFAZIO, et al.,

    Plaintiffs,

v.

HOLLISTER, INC.; et al.,

    Defendants.

NO. CIV. S-04-1358 WBS GGH
NO. CIV. S-05-0559 WBS GGH
NO. CIV. S-05-1726 WBS GGH
CONSOLIDATED

ORDER RE:REMOVAL OF PLAN TRUSTEES

----oo0oo----

At the hearing on June 25, 2007, the parties agreed that plaintiffs' motion for partial summary judgment would be denied without prejudice to its being renewed after resolution of defendants' motion to dismiss the third amended complaint. However, plaintiffs' attorneys asked the court to consider their motion for removal of HolliShare's trustees.

At common law, a court was empowered to remove a trustee when it found that continuation as a trustee would harm

1

the beneficiary's interests.  <u>Donovan v. Mazzola</u>, 716 F.2d 1226, 1238 (9th Cir. 1983).  "Under the broad remedial provision of ERISA courts have also found removal of fiduciaries to be an appropriate remedy upon findings of imprudence, divided loyalties, and prohibited transactions."  <u>Id.</u> (citing <u>Freund v. Marshall & Ilsley Bank</u>, 485 F. Supp. 629 (W.D. Wis. 1979); <u>Marshall v. Kelly</u>, 465 F. Supp. 341 (W.D. Okla. 1978)).  Plaintiffs request that the court remove HolliShare's trustees.

Plaintiffs argue that "where trustees commit numerous ERISA violations, the district may (in its discretion) remove those individuals from their position as trustees of the plan."  However, because plaintiffs' summary judgment motions are no longer before the court, there is nothing upon which the court could base any finding of ERISA violations, much less imprudence, divided loyalties, prohibited transaction, or any other basis for removing the trustees.  Ordering the removal of trustees is something that the court would only do in extraordinary circumstances after it was fully informed.

IT IS THEREFORE ORDERED that plaintiffs' motion to remove HolliShare's trustees be, and the same hereby is, DENIED.

DATED:  June 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2