```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9                           ----oo0oo----
10   JAMES P. DeFAZIO,
11            Plaintiff,
12       v.                          NO. CIV. S-04-1358 WBS GGH
13   HOLLISTER, INC.; et al.,
14
              Defendants.
15
16                           ----oo0oo----
17                            STATUS ORDER
18           After reviewing the parties' Joint Status Report, the
19   court hereby vacates the Status (Pretrial Scheduling) Conference
20   scheduled for July 30, 2007.
21           As there is currently in effect a stay of discovery
22   entered by Magistrate Judge Gregory G. Hollows on November 28,
23   2006; and as the parties have stipulated to August 29, 2007 as
24   the date by which a response to the Third Amended Complaint is to
25   be filed;
26           IT IS HEREBY ORDERED that the Status (Pretrial
27   Scheduling) Conference is rescheduled for September 24, 2007 at
28   2:00 p.m. in Courtroom No. 5.  The parties are required to file a
```

joint status report no later than September 10, 2007.

DATED:  July 13, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE