IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DEFAZIO,

      Plaintiff,                    No. CIV S-04-1358 DFL GGH

   vs.

HOLLISTER, INC., et al.,

      Defendants.          <u>ORDER</u>

_____/

       As the parties may recall, at the time the undersigned entered his stay of discovery, the purpose of the stay was to permit the court to craft a discovery plan order without having to deal with a constantly changing discovery landscape due to the propounding of numerous discovery requests, depositions and the like along with adjudicating discovery disputes. The undersigned understood the need for expeditious issuance of the discovery plan order. However, the trial judge to whom this case had first been reassigned (Judge Levi) later entered an omnibus stay pending ruling on potentially dispositive motions. At this time, the undersigned had no authority to issue a discovery plan order. The case went through several other reassignments, but the omnibus stay was never lifted. However, it may be that the pending motions for which the omnibus stay were entered are no longer pending.

\\\\\\

1

1  While many cases at the present time are competing for "the top of my pile," it
2 may be beneficial to hold a discovery status hearing to determine whether discovery should
3 commence. Therefore, the parties are ordered to appear in the undersigned's courtroom on
4 August 9, 2007, at 10:00 a.m., to discuss whether discovery should immediately commence after
5 issuance of a discovery plan order.
6 DATED: 7/30/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/gh
DeFazio1358.hg.wpd