WILKE, FLEURY, HOFFELT, GOULD & BIRNEY LLP
WILLIAM A. GOULD, JR. (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Tel:    (916) 441-2430
Fax:   (916) 442-6664

Attorneys for Defendants, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**DEFENDANTS' APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENDED COMPLAINTS**<br><br>Judge William B. Shubb<br><br>Date:  October 29, 2007<br>Time:  2:00 P.M.<br>Room: 5<br><br>Complaint<br>Filed:        July 15, 2004 |
| KATHLEEN ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>Defendants. | Complaint<br>Filed:        March 22, 2005 |

-1-

**DEF.'S APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENEDED COMPLAINTS**

BRENDA DIMARO and
HOLLIE LAVICK,

              Plaintiffs,

    vs.

HOLLISTER INCORPORATED, et al.,


            Defendants.

Complaint
Filed:       August 25, 2005

-2-

**DEF.'S APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENEDED COMPLAINTS**

Defendants The Firm of John Dickinson Schneider, Inc., Hollister Incorporated, Samuel P. Brilliant, Richard I. Fremgen, Donald K. Groneberg, Charles H. Gunderson, Alan F. Herbert, James A. Karlovsky, Lori Kelleher, James J. McCormack, Charles C. Schellentrager, Howard I. Simon, Loretta L. Stempinski, Michael C. Winn and Richard T. Zwirner, by their respective attorneys, hereby respectfully submit this Appendix of Certain Documents Referred to in the Third Amended Complaints.  The documents included in this Appendix are the documents that are referenced in defendants' respective Motions to Dismiss and to Strike the Third Amended Complaints.

| Item | Description |
|------|-------------|
| 1. | Hollister Employee Share Ownership Trust ("HolliShare"), a tax-qualified profit sharing plan, effective February 27, 2002. |
| 2. | Restated Articles of Incorporation of The Firm of John Dickinson Schneider, Inc. dated May 25, 1978, and amendments thereto, as filed with the office of the Illinois Secretary of State, consisting of:<br><br>a.    Certificate 31597, reflecting the filing of Restated Articles of Amendment of The Firm of John Dickinson Schneider, Inc., dated May 25, 1979, and attached Articles of Amendment to the Articles of Incorporation of The Firm of John Dickinson Schneider, Inc.<br><br>b.    Certificate 51965, reflecting the filing of Articles of Amendment to the Articles of Incorporation of The Firm of John Dickinson Schneider, Inc., with attached Articles of Amendment to the Articles of Incorporation, dated November 21, 1980;<br><br>c.    Certificate dated August 13, 1984, reflecting the filing of Articles of Amendment to the Articles of Incorporation of The Firm of John Dickinson Schneider, Inc., with attached Articles of Amendment to the Articles of Incorporation, dated November 21, 1980;<br><br>d.    Certificate dated March 19, 1999, reflecting the filing of Articles of Amendment to the Articles of Incorporation of The Firm of John Dickinson Schneider, Inc., with attached Articles of Amendment to the Articles of Incorporation; and<br><br>e.    Certificate dated June 14, 1999, reflecting the filing of Articles of Amendment to the Articles of Incorporation of The Firm of John Dickinson Schneider, Inc., with attached Articles of Amendment to the Articles of Incorporation |
| 3. | Restated Articles of Incorporation of The Firm of John Dickinson Schneider, Inc. dated May 6, 1974, as filed with the office of the Illinois Secretary of State |

-1-

| | | |
|---|---|---|
| 4. | John D. Schneider Preferred Share Trust | |
| 5. | The Firm of John Dickinson Schneider, Inc. Preferred Share Trust April 21, 1999 | |
| 6. | John D. and Minnie R. Schneider Charitable Trust | |
| 7. | March 29, 2002 Stipulated Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio*, Sacramento County Superior Court Case No. 98FL00560. | |
| 8. | February 18, 2000 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio*, Sacramento County Superior Court Case No. 98FL00560. | |
| 9. | December 26, 2000 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio*, Sacramento County Superior Court Case No. 98FL00560. | |
| 10. | June 1, 2001 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio,* Sacramento County Superior Court Case No. 98FL00560. | |
| 11. | August 5, 2002 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio,* Sacramento County Superior Court Case No. 98FL00560. | |
| 12. | April 2, 2003 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio*, Sacramento County Superior Court Case No. 98FL00560. | |
| 13. | June 30, 2004 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio,* Sacramento County Superior Court Case No. 98FL00560. | |
| 14. | November 9, 2005 Qualified Domestic Relations Order in the case entitled *In re Marriage of Petitioner Kathleen J. Ellis and Respondent James P. DeFazio,* Sacramento County Superior Court Case No. 98FL00560. | |

Items 1 through 3 are authenticated by the simultaneously-filed Declaration of Dian Thielitz. In addition, as stated in the accompanying Defendants' Request for Judicial Notice, those items are matters of public record of which this Court can properly take judicial notice.

DEF.'S APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENEDED COMPLAINTS

Items 4 through 6 are authenticated by the simultaneously-filed Declaration of Richard T. Zwirner.

Items 7 through 14 are Orders entered by another Court in a related matter; this Court can properly take judicial notice of those documents.

DATED: August 29, 2007                    SCHUYLER, ROCHE & ZWIRNER, P.C.

                                                   /s/ Michael B. Roche
                                          By: _____
                                          One of the attorneys for defendants,
                                          THE FIRM OF JOHN DICKINSON
                                          SCHNEIDER, INC., HOLLISTER
                                          INCORPORATED, ALAN F.
                                          HERBERT and RICHARD I.
                                          FREMGEN

SCHUYLER, ROCHE & ZWIRNER, P.C.
MICHAEL B. ROCHE (admitted *pro hac vice*)
L. ANDREW BREHM (admitted *pro hac vice*)
Suite 3800, One Prudential Plaza
130 East Randolph Street
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300

Attorneys for THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, ALAN F. HERBERT and RICHARD I. FREMGEN

                                          ADDUCCI, DORF, LEHNER, MITCHELL
                                          & BLANKENSHIP, P.C.

                                                   /s/ James D. Adducci
                                          By: _____
                                          One of the attorneys for defendants,
                                          SAMUEL P. BRILLIANT, DONALD K.
                                          GRONEBERG, CHARLES H.
                                          GUNDERSON, JAMES A.
                                          KARLOVSKY, LORI KELLEHER,
                                          JAMES J. MCCORMACK, CHARLES
                                          C. SCHELLENTRAGER, HOWARD I.
                                          SIMON and RICHARD T. ZWIRNER

ADDUCCI, DORF, LEHNER, MITCHELL & BLANKENSHIP, P.C.
JAMES D. ADDUCCI (admitted *pro hac vice*)
MARSHALL L. BLANKENSHIP (admitted *pro hac vice*)
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601-7524
Tel:   (312) 781-2800
Fax:   (312) 781-2811

//

-3-

**DEF.'S APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENEDED COMPLAINTS**

Attorneys for SAMUEL P. BRILLIANT, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, JAMES A. KARLOVSKY, LORI KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON and RICHARD T. ZWIRNER

SIDLEY AUSTIN LLP

By: /s/ James W. Ducayet
_____
One of the attorneys for defendants,
LORETTA L. STEMPINSKI and
MICHAEL C. WINN

SIDLEY AUSTIN LLP
WILLIAM F. CONLON (admitted *pro hac vice*)
JAMES W. DUCAYET (admitted *pro hac vice*)
MIKE BARTOLIC (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Tel:   (312) 853-7000
Fax:   (312) 853-7036

Attorneys for LORETTA L. STEMPINSKI and MICHAEL C. WINN

Co-Counsel:

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY LLP
WILLIAM A. GOULD, JR. (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Tel:   (916) 441-2430
Fax:   (916) 442-6664

Attorneys for THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER

-4-

**DEF.'S APPENDIX OF CERTAIN DOCUMENTS REFERRED TO IN THE THIRD AMENEDED COMPLAINTS**