WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
WILLIAM A. GOULD, JR. (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　　Defendants. | **Case No.  S-04-1358 WBS/GGH**<br>**(Consolidated Action Master File Number)**<br><br>**ORDER GRANTING LEAVE FOR OUT-OF-TOWN COUNSEL TO APPEAR TELEPHONICALLY AT DECEMBER 3, 2007 STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| KATHLEEN ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　　Defendants. | |
| BRENDA DIMARO; and HALLIE LAVICK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　　Defendants. | |

1    Upon reviewing and considering Defendants' ex parte application for leave for out-of-town counsel to appear telephonically at the December 3, 2007 Status (Pretrial Scheduling) Conference ("Application"), and good cause having been shown,

   IT IS HEREBY ORDERED THAT Defendants' Application is hereby GRANTED, and that attorneys Michael B. Roche, L. Andrew Brehm, James D. Adducci, and James W. Ducayet are hereby permitted to appear telephonically at the forthcoming Status (Pretrial Scheduling) Conference in the above-entitled consolidated matters, currently scheduled for December 3, 2007, at 2:00 p.m.  Said counsel shall be available at the telephone numbers listed in Defendants' Application.

DATED: November 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

320122.1