UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DeFAZIO; et al.,

    Plaintiff,                        NO. CIV. S-04-1358 WBS GGH

    vs.

HOLLISTER, INC.; et al.

    Defendants.

----oo0oo----

ORDER

Plaintiffs have filed an *ex parte* application for an early settlement conference before the assigned Magistrate Judge in this matter. However, because defendants do not unequivocally concur in the request, the court will not order an early settlement conference at this time. Plaintiffs' application is therefore DENIED, without prejudice to its being renewed at such time as all parties might join in the request.

*DeFazio et al., v. Hollister, Inc., et al.,* **CIV. S 04-1358 WBS GGH**
**Plaintiffs' request for a Settlement Conference**
Page 1 of 2

1    IT IS SO ORDERED.

2

3  DATED:  November 13, 2007

4

5  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*DeFazio et al., v. Hollister, Inc., et al.,* **CIV. S 04-1358 WBS GGH**
**Plaintiffs' request for a Settlement Conference**