UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DeFAZIO, et al., | NO. CIV. S-04-1358 WBS GGH |
| | NO. CIV. S-05-0559 WBS GGH |
| Plaintiffs, | NO. CIV. S-05-1726 WBS GGH |
| | CONSOLIDATED |
| v. | ORDER RE: REQUEST FOR CLARIFICATION |
| HOLLISTER, INC.; et al., | |
| Defendants. | |

----oo0oo----

In light of the letter from plaintiff's counsel received on November 19, 2007, plaintiffs are granted leave to file a Motion for Clarification of this court's November 1, 2007 order. Such motion shall be filed within fourteen (14) calendar days from the date of this order and noticed for hearing on the court's next available law and motion calendar consistent with the provisions of Local Rule 78-230(b). The time for plaintiffs

1

to file a fourth amended complaint is hereby extended to ten (10) days after the hearing on the Motion for Clarification.

IT IS SO ORDERED.

DATED:  November 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE