UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DeFAZIO,

    Plaintiff,

    v.                                    NO. CIV. S-04-1358 WBS GGH

HOLLISTER, INC.; et al.,

    Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Updated Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for February 25, 2007, and makes the following findings and orders without needing to consult with the parties any further.

        I.    <u>SERVICE OF PROCESS</u>

        All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

1      II.   JOINDER OF PARTIES/AMENDMENTS

2           No further joinder of parties or amendments to
3  pleadings is permitted except with leave of court, good cause
4  having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.
5  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

6      III.  JURISDICTION/VENUE

7           Jurisdiction is predicated upon 28 U.S.C. § 1331
8  (federal question); and 29 U.S.C. § 1132(e)(1)(ERISA).  Venue is
9  undisputed and is hereby found to be proper.

10     IV.   DISCOVERY

11          Parties shall serve the initial disclosures required
12 by Fed. R. Civ. P. 26 (a)(1) by no later than April 11, 2008.

13          Parties shall disclose experts and produce reports in
14 accordance with Fed. R. Civ. P. 26(a)(2) by no later than
15 September 19, 2008.

16          With regard to expert testimony intended solely for
17 rebuttal, those experts shall be disclosed and reports produced
18 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
19 October 17, 2008.

20          All discovery, including depositions for preservation
21 of testimony, is left open, save and except that it shall be so
22 conducted as to be completed by January 30, 2009.  The word
23 "completed" means that all discovery shall have been conducted so
24 that all depositions have been taken and any disputes relevant to
25 discovery shall have been resolved by appropriate order if
26 necessary and, where discovery has been ordered, the order has
27 been obeyed.  All motions to compel discovery must be noticed on
28 the magistrate judge's calendar in accordance with the local

rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than January 31, 2009.

### V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before March 27, 2009.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for June 15, 2009 at 2:00 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of

1  undisputed facts and disputed factual issues contemplated by
2  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
3  claims that remain at issue, and any remaining affirmatively pled
4  defenses thereto.  If the case is to be tried to a jury, the
5  parties shall also prepare a succinct statement of the case,
6  which is appropriate for the court to read to the jury.
7           VII.  TRIAL SETTING
8           The court trial is set for August 4, 2009, at
9  9:00 a.m.
10          IX.   MODIFICATIONS TO SCHEDULING ORDER
11          Any requests to modify the dates or terms of this
12 Scheduling Order, except requests to change the dates of the
13 final Pretrial Conference or trial, may be heard and decided by
14 the assigned Magistrate Judge.  All requests to change the dates
15 of the Pretrial Conference and/or trial shall be heard and
16 decided only by the undersigned judge.
17 DATED:  February 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE