| | |
|---|---|
| LAW OFFICES OF LYNN HUBBARD<br>Lynn Hubbard III (SBN 69773)<br>Scottlynn J Hubbard IV (SBN 212970)<br>12 Williamsburg Lane<br>Chico, California 95926<br>Telephone: (530) 895-3252<br>Facsimile: (530) 894-8244<br><br>Attorneys for plaintiffs James DeFazio,<br>Theresa Beetham, Brenda Dimaro,<br>DeLane Humphries, Hallie Lavick,<br>Michael McNair, Sonya Pace, Judy Seay,<br>Nancy Russell Stanton, and Cindy Wirth | PORTER│SCOTT<br>A Professional Corporation<br>Russell G. Porter (SBN 041020)<br>Martin N. Jensen (SBN 232231)<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>Telephone: (916) 929-1481<br>Facsimile: (916) 927-3706<br><br>Attorneys for plaintiff Kathleen Ellis |
| WILCOXEN, CALLAHAN, MONTGOMERY<br>& DEACON<br>Daniel E. Wilcoxen (SBN 054805)<br>2114 K Street<br>Sacramento, California 95816<br>Telephone: (916) 442-2777<br>Facsimile: (916) 442-4118<br>Attorneys for plaintiff Kathleen Ellis | WILKE, FLEURY, HOFFELT, GOULD<br>& BIRNEY LLP<br>William A. Gould (SBN 035446)<br>Daniel L. Baxter (SBN 203862)<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br><br>Attorneys for defendants The Firm of John Dickinson Schneider, Inc., Hollister Incorporated, Samuel P. Brilliant, Donald. Groneberg, Charles H. Gunderson, Alan F. Herbert, James A. Karlovsky, Lori Kelleher, James J. McCormack, Charles C. Schellentrager, Howard I. Simon and Richard T. Zwirner |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>STIPULATION IN COMPLIANCE WITH DISCOVERY PLAN ORDER<br><br>Judge William B. Shubb<br>Magistrate Judge Gregory G. Hollows<br><br>Complaint<br>Filed:      July 15, 2004 |

**STIPULATION IN COMPLIANCE WITH DISCOVERY PLAN ORDER**

| | |
|---|---|
| KATHLEEN ELLIS,<br>             Plaintiff,<br>       vs.<br>HOLLISTER INCORPORATED et al.,<br>             Defendants. | Complaint<br>Filed:          March 22, 2005 |
| BRENDA DIMARO and<br>HOLLIE LAVICK,<br>             Plaintiffs,<br>       vs.<br>HOLLISTER INCORPORATED, et al.,<br>             Defendants. | Complaint<br>Filed:          August 25, 2005 |

The parties, by their undersigned counsel, hereby submit this Stipulation in compliance with the Discovery Plan Order dated February 27, 2008 entered by Magistrate Judge Hollows in the above-captioned consolidated actions (Dkt. No. 325). The parties have agreed as follows:

1.     Documents are to be produced in their original storage methodology (whether paper or electronic format), unless the propounding party requests production in a different format.

2.     Notwithstanding ¶1, above, to the extent that an electronic document contains privileged information (including metadata), the document may then be produced in hard copy form or as a PDF file. The existence of an electronic copy of such a document containing privileged information shall be identified on a privilege log.

3.     Each party will produce its documents with a label identifying the party that is producing each document (e.g., "H" for Hollister, "KE" for Kathleen Ellis, etc.). Counsel for the DeFazio/Dimaro plaintiffs has advised counsel for the other parties that he is in possession of various documents for which the original source of receipt of those documents is no longer ascertainable. Such documents will be produced with a generic designation that they are being produced by DeFazio/Dimaro plaintiffs.

4. If the same document is in the possession of multiple parties (e.g., if the same document is in the possession of more than one plaintiff, or in the possession of multiple defendants), all such documents will be produced with an identification of the source of each such document. Although this procedure may result in receipt of multiple copies of the same document, the parties have agreed that this procedure will be beneficial in avoiding disputes concerning which documents were produced by which parties.

5. The obligation to produce "documents" extends to any electronically stored information that is otherwise required to be produced in this action pursuant to the applicable provisions of the Federal Rules of Civil Procedure.

6. After defendants make the document production that, under the Discovery Plan Order, is due on or before April 11, 2008, the parties will again meet and confer concerning the issue of electronic discovery requirements in this action.

    a. Ellis and defendants are amenable to deferring further discussion regarding discovery of electronic discovery until such time as plaintiffs have received and reviewed the documents that are to be produced by defendants on April 11, 2008.

    b. It is the position of the DeFazio/Dimaro plaintiffs that the parties are presently obligated to provide information regarding electronically stored information as part of the parties' obligations under Rule 26(f) and Rule 26(g) of the Federal Rules of Civil Procedure. The DeFazio/Dimaro plaintiffs have communicated the information they seek regarding defendants' computer systems in letters dated March 12, 2008 and March 18, 2008. Those letters are attached as Exhibits A and B hereto. Counsel for defendant Hollister Incorporated is presenting these requests to Hollister and will advise the other counsel in writing of Hollister's position concerning plaintiffs' request for information.

   c. Defendants disagree with the contention of the DeFazio/Dimaro plaintiffs that, at this juncture, information regarding their computer systems is, in and of itself, an appropriate subject upon which discovery is to be conducted. Instead, defendants' position is that to the extent plaintiffs' discovery requests seek properly-discoverable materials that are stored electronically, it is defendants' obligation to produce those materials unless (i) such production would be unduly burdensome; or (ii) the requested electronically stored materials are no longer accessible due to routine maintenance of the information storage system. Accordingly, defendants maintain that further discussion regarding discovery of electronically stored information should occur in the context of an overall discussion of the any additional document production that plaintiffs may seek once plaintiffs have received the documents that defendants will produce by April 11, 2008. In that regard, defendants note that the comment to Rule 26(b)(2), *Fed.R.Civ.P.*, states:

> The volume of -- and the ability to search -- much electronically stored information means that in many cases the responding party will be able to produce information from reasonably accessible sources that will fully satisfy the parties' discovery needs. In many circumstances the requesting party should obtain and evaluate the information from such sources before insisting that the responding party search and produce information contained on sources that are not reasonably accessible.

   d. The DeFazio/Dimaro plaintiffs and defendants have "agreed to disagree" regarding this issue (pending further communications).

Dated: March 21, 2008   LAW OFFICES OF LYNN HUBBARD

          /s/ Scott Hubbard IV

          _____
          SCOTT HUBBARD IV
          Attorney for plaintiffs Jim DeFazio, Theresa Beetham, Brenda Dimaro, DeLane Humphries, Hallie Lavick, Michael McNair, Sonya Pace, Judy Seay, Nancy Russell Stanton, and Cindy Wirth

//

//

-4-
STIPULATION IN COMPLIANCE WITH DISCOVERY PLAN ORDER

1 | PORTER|SCOTT A Professional Corporation

2 | /s/ Martin N. Jensen

3 | **MARTIN N. JENSEN**
Attorney for plaintiff Kathleen Ellis

4 |

5 | WILCOXEN, CALLAHAN, MONTGOMERY & DEACON

/s/ Daniel E. Wilcoxen

6 |

7 | **DANIEL E. WILCOXEN**
Attorney for plaintiff Kathleen Ellis

8 | ADDUCCI, DORF, LEHNER, MITCHELL &
BLANKENSHIP, P.C.

9 |

/s/ James D. Adducci

10 |

**JAMES D. ADDUCCI**

11 | Attorneys for defendants Samuel P. Brilliant, Donald
K. Groneberg, Charles H. Gunderson, James A.

12 | Karlovsky, Lori Kelleher, James J. McCormack,
Charles C. Schellentrager, Howard I. Simon and

13 | Richard T. Zwirner

14 | ADDUCCI, DORF, LEHNER, MITCHELL
  & BLANKENSHIP, P.C.
15 | JAMES D. ADDUCCI, ESQ. (Admitted pro hac vice)
MARSHALL L. BLANKENSHIP, ESQ. (Admitted pro hac vice)
16 | 150 North Michigan Avenue
Suite 2130
17 | Chicago, Illinois 60601-7524
Tel:   (312) 781-2800
18 | Fax:  (312) 781-2811

19 | SCHUYLER ROCHE, P.C.

20 | /s/ L. Andrew Brehm

21 | **L. ANDREW BREHM**
Attorneys for defendants The Firm of John Dickinson
22 | Schneider, Inc., Hollister Incorporated, Alan F.
Herbert. Richard I. Fremgen

23 |

SCHUYLER ROCHE, P.C.
24 | MICHAEL B. ROCHE, ESQ. (Admitted pro hac vice)
L. ANDREW BREHM, ESQ. (Admitted pro hac vice)
25 | Suite 3800, One Prudential Plaza
130 East Randolph Street
26 | Chicago, Illinois 60601
Tel:   (312) 565-2400
27 | Fax:  (312) 565-8300

28 | //

-5-
_____
**STIPULATION IN COMPLIANCE WITH DISCOVERY PLAN ORDER**

1  Co-Counsel for All Defendants:

2  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY LLP
   WILLIAM A. GOULD, ESQ. (SBN 035446)
3  DANIEL L. BAXTER, ESQ. (SBN 203862)
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814
   Telephone: (916) 441-2430
5  Facsimile: (916) 442-6664

6

7  March 25, 2008                    The foregoing Stipulation has been
                                     received and accepted by the Court, and
8                                    the parties are hereby ordered to conduct
                                     discovery in the manner described in ¶¶1
9                                    through 5 of the foregoing Stipulation

10
                                     /s/ Gregory G. Hollows
11                                   _____
                                     GREGORY G. HOLLOWS
12                                   United States Magistrate Judge

13

14
                                     Defazio.dscyplan
15

16

17

18

19

20

21

22

23

24

25

26

27

28
-6-
_____
STIPULATION IN COMPLIANCE WITH DISCOVERY PLAN ORDER