WILKE, FLEURY, HOFFELT, GOULD &
BIRNEY LLP
William A. Gould (SBN 035446)
Daniel L. Baxter (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Tel:    (916) 441-2430
Fax:   (916) 442-6664

Attorneys for Defendants

LAW OFFICES OF LYNN HUBBARD
Lynn Hubbard III (SBN 69773)
Scottlynn J Hubbard (SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Tel:    (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiffs James
DeFazio, Theresa Beetham, Brenda
Dimaro, DeLane Humphries, Hallie
Lavick, Michael McNair, Sonya Pace,
Judy Seay, Nancy Russell Stanton,
and Cindy Wirth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>          Plaintiff,<br><br>   vs.<br><br>HOLLISTER, INC. et. al.,<br><br>         Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**STIPULATION REGARDING TIMING OF DEFENDANTS' ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:       July 15, 2004 |
| KATHLEEN ELLIS,<br><br>          Plaintiff,<br><br>   vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>         Defendants. | Complaint<br>Filed:       March 22, 2005 |
| BRENDA DIMARO and<br>HOLLIE LAVICK,<br><br>          Plaintiffs,<br><br>   vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>         Defendants. | Complaint<br>Filed:       August 25, 2005 |

Plaintiffs James P. DeFazio, et al., ("DeFazio") and defendants, by their respective attorneys, hereby stipulate and agree as follows:

1.      On April 8, 2008, the Court entered an Order granting in part and denying in part motions to strike and dismiss directed to the Fourth Amended Complaints of DeFazio and the other plaintiffs.  (Dkt. # 333)  The April 8, 2008 Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints within 30 days of the date of that Order (by May 8, 2008).

2.      Under Rule 12(a)(4)(a), *Fed.R.Civ.P.*, defendants' Answers to the Fourth Amended Complaint would be due on April 22, 2008.

3.      However, DeFazio filed a Motion for Leave to File a Fifth Amended Complaint (Dkt. # 337),[1] so the Answers to the Fourth Amended Complaint may become moot.

4.      DeFazio and defendants have agreed that the filing by defendants of Answers to the DeFazio Fourth Amended Complaint may be deferred pending this Court's ruling on DeFazio's Motion for Leave to File a Fifth Amended Complaint. Should this Court deny DeFazio's Motion, defendants will file their Answers to the Fourth Amended Complaint within 7 calendar days of the Court's Order.  If the Court grants DeFazio's Motion, defendants will not be required to Answer the Fourth Amended Complaint, and will (pursuant to Rule 15(a)(3) and 16(b), *Fed.R.Civ.P.*) answer or otherwise plead to the Fifth Amended Complaint within 10 business days of the filing of the Fifth Amended Complaint.

5.      The parties further stipulate that the Fourth Amended Complaint will remain in effect—notwithstanding the stipulated extension for filing Answers or DeFazio's pending Motion—for the purposes of discovery and law and motion.

---

[1]  Shortly before the filing of this stipulation, DeFazio withdrew his Motion for Leave to Amend (Dkt. # 338), but, through counsel, has indicated to defense counsel that he intends to re-file a Motion for Leave to Amend in order to add additional claims to the proposed Fifth Amended Complaint.  DeFazio's counsel has advised that a new Motion for Leave to Amend will be filed on or before May 7, 2008.

**STIPULATION REGARDING TIMING OF DEFENDANTS'**
**ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**

1

2
DATED:  April 22, 2008                    LAW OFFICES OF LYNN HUBBARD

3
                                          By: _____/s/ Scottlynn J Hubbard_____
4                                              SCOTTLYNN J HUBBARD
                                          One of the Attorneys for Plaintiffs

5
LAW OFFICES OF LYNN HUBBARD
6
Lynn Hubbard III (SBN 69773)
Scottlynn J Hubbard (SBN 212970)
7
12 Williamsburg Lane
Chico, California 95926
8
Tel:   (530) 895-3252
Fax:   (530) 894-8244
9
                                          SCHUYLER ROCHE, P.C.
10

11
                                          By: _____/s/ L. Andrew Brehm_____
12                                             L. ANDREW BREHM
                                          Attorneys for Defendants
13                                        THE FIRM OF JOHN DICKINSON
                                          SCHNEIDER, INC., HOLLISTER
14                                        INCORPORATED and ALAN F. HERBERT

15
SCHUYLER ROCHE, P.C.
16
MICHAEL B. ROCHE (admitted *pro hac vice*)
L. ANDREW BREHM (admitted *pro hac vice*)
17
Suite 3800, One Prudential Plaza
130 East Randolph Street
18
Chicago, Illinois 60601
Tel:   (312) 565-2400
19
Fax:   (312) 565-8300

20
                                          ADDUCCI, DORF, LEHNER, MITCHELL
                                          & BLANKENSHIP, P.C.
21

22
                                          By: _____/s/ James D. Adducci_____
23                                             JAMES D. ADDUCCI
                                          Attorneys for Defendants,
24                                        SAMUEL P. BRILLIANT, DONALD K.
                                          GRONEBERG, CHARLES H.
25                                        GUNDERSON, ALAN F. HERBERT,
                                          JAMES A. KARLOVSKY, LORI
26                                        KELLEHER, JAMES J. MCCORMACK,
                                          CHARLES C. SCHELLENTRAGER,
27                                        HOWARD I. SIMON and RICHARD T.
                                          ZWIRNER
28

-3-

1                                   SIDLEY AUSTIN, LLP

2

                            By:          /s/ James Ducayet

3                                 JAMES W. DUCAYET
                              Attorneys for Defendants,

4                     MICHAEL C. WINN and LORETTA L.
                              STEMPINSKI

5

6 SIDLEY AUSTIN LLP
WILLIAM F. CONLON (admitted pro hac vice)
JAMES W. DUCAYET (admitted pro hac vice)

7 MIKE BARTOLIC (admitted pro hac vice)
One South Dearborn Street

8 Chicago, Illinois 60603
Tel:   (312) 853-7000

9
Fax:  (312) 853-7036

10

11 Co-counsel for all Defendants:

12 WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP WILLIAM A. GOULD (SBN 035446)

13 DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor

14 Sacramento, California 95814
Telephone: (916) 441-2430

15 Facsimile:  (916) 442-6664

16 Attorneys for Defendants

17 //

18 //

19 //

20 //

21

22

23

24

25

26

27

28

**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3    ----oo0oo----

JAMES P. DEFAZIO, et al.,

4

5            Plaintiffs,                    NOS. CIV. S-04-1358 WBS GGH
                                                 S-05-0559 WBS GGH
6        v.                                      S-05-1726 WBS GGH
                                                  CONSOLIDATED
7    HOLLISTER, INC., et al.,

8

9            Defendants.

10                    ORDER RE: STIPULATION REGARDING ANSWERS TO THE
                         DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT
11

12

13            Plaintiffs James P. DeFazio et al. ("DeFazio") and defendants, in accordance

14   with the parties' stipulation, are hereby Ordered as follows:

15            1.    On April 8, 2008, the Court entered an Order granting in part and

16   denying in part motions to strike and dismiss directed to the Fourth Amended

17   Complaints of DeFazio and the other plaintiffs.  (Dkt. # 333)  The April 8, 2008

18   Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints

19   within 30 days of the date of that Order (by May 8, 2008).

20            2.    Under Rule 12(a)(4)(a), *Fed.R.Civ.P.*, defendants' Answers to the Fourth

21   Amended Complaint would be due on April 22, 2008.

22            3.    However, DeFazio filed a Motion for Leave to File a Fifth Amended

23   Complaint (Dkt. # 337),[1] so the Answers to the Fourth Amended Complaint may

24   become moot.

25

26   _____

     [1] Shortly before the filing of this stipulation, DeFazio withdrew his Motion for Leave to
27   Amend (Dkt. # 338), but, through counsel, has indicated to defense counsel that he intends
     to re-file a Motion for Leave to Amend in order to add additional claims to the proposed
28   Fifth Amended Complaint.  DeFazio's counsel has advised that a new Motion for Leave to
     Amend will be filed on or before May 7, 2008.

4.     DeFazio and defendants have agreed that the filing by defendants of Answers to the DeFazio Fourth Amended Complaint may be deferred pending this Court's ruling on DeFazio's Motion for Leave to File a Fifth Amended Complaint. Should this Court deny DeFazio's Motion, defendants will file their Answers to the Fourth Amended Complaint within 7 calendar days of the Court's Order.  If the Court grants DeFazio's Motion, defendants will not be required to Answer the Fourth Amended Complaint, and will (pursuant to Rule 15(a)(3) and 16(b), *Fed.R.Civ.P.*) answer or otherwise plead to the Fifth Amended Complaint within 10 business days of the filing of the Fifth Amended Complaint.

5.     The parties further stipulate that the Fourth Amended Complaint will remain in effect—notwithstanding the stipulated extension for filing Answers or DeFazio's pending Motion—for the purposes of discovery and law and motion.

The foregoing stipulation is approved by the Court, and defendants' responsive pleading to DeFazio's Fourth Amended Complaint or Fifth Amended Complaint (as the case may be) shall be filed at the time set forth in the parties' Stipulation.

Dated: April 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE