| | |
|---|---|
| WILKE, FLEURY, HOFFELT, GOULD & BIRNEY LLP<br>WILLIAM A. GOULD (SBN 035446)<br>DANIEL L. BAXTER (SBN 203862)<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Tel:  (916) 441-2430<br>Fax:  (916) 442-6664<br><br>Attorneys for Defendants, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER | PORTER │ SCOTT P.C.<br>A Professional Corporation<br>Russell G. Porter (SBN 041020)<br>Martin N. Jensen (SBN 232231)<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>Tel:  (916) 929-1481<br>Fax:  (916) 927-3706<br><br>Attorneys for Plaintiff, KATHLEEN ELLIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>    vs.<br><br>HOLLISTER, INC. et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**STIPULATION REGARDING TIMING OF DEFENDANTS' ANSWERS TO THE ELLIS FOURTH AMENDED COMPLAINT**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:         July 15, 2004 |
| KATHLEEN ELLIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>        Defendants. | Complaint<br>Filed:         March 22, 2005 |

| | |
|---|---|
| BRENDA DIMARO and HOLLIE LAVICK,<br><br>             Plaintiffs,<br><br>     vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>             Defendants. | Complaint<br>Filed:        August 25, 2005 |

**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE ELLIS FOURTH AMENDED COMPLAINT**

Plaintiff Kathleen Ellis ("Ellis") and defendants, by their respective attorneys, hereby stipulate and agree as follows:

1. On April 8, 2008, the Court entered an Order granting in part and denying in part motions to strike and dismiss directed to the Fourth Amended Complaints of Ellis and the other plaintiffs. The April 8, 2008 Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints within 30 days of the date of that Order (by May 8, 2008).

2. Under Rule 12(a)(4)(a), *Fed.R.Civ.P.*, if Ellis elects to stand on her Fourth Amended Complaint, defendants' Answers to that Fourth Amended Complaint would be due on April 22, 2008.

3. However, if Ellis elects to file a Fifth Amended Complaint (as permitted by the April 8, 2008 Order), defendants would not be required to answer the Fifth Amended Complaint until within 10 business days after the filing of that pleading.

4. Ellis has not yet decided whether or not to file a Fifth Amended Complaint.

5. Ellis and defendants have agreed that the filing by defendants of Answers to the Ellis Fourth Amended Complaint may be deferred pending Ellis's decision regarding whether she will file a Fifth Amended Complaint. Ellis will notify defendants of her intention either to stand on her Fourth Amended Complaint or alternatively, to file a Fifth Amended Complaint. If Ellis notifies defendants that she will stand on her Fourth Amended Complaint, then defendants will file answers to the Fourth Amended Complaint within seven days of the receipt of such notice. In the event that Ellis elects to file a Fifth Amended Complaint, defendants will (pursuant to Rule 15(a)(3) and 16(b), *Fed.R.Civ.P.*) answer or otherwise plead to the Fifth Amended Complaint within 10 business days of the filing of the Fifth Amended Complaint.

//
//

| | |
|---|---|
| DATED:  April 22, 2008 | PORTER │ SCOTT<br>A Professional Corporation |
| | By:   /s/ Martin N. Jensen<br>       MARTIN N. JENSEN<br>One of the Attorneys for Plaintiff<br>KATHLEEN ELLIS |

PORTER │ SCOTT P.C.
A Professional Corporation
Russell G. Porter (SBN 041020)
Martin N. Jensen (SBN 232231)
350 University Avenue, Suite 200
Sacramento, California 95825
Tel:   (916) 929-1481
Fax:   (916) 927-3706

SCHUYLER ROCHE, P.C.

By:   /s/ L. Andrew Brehm
       L. ANDREW BREHM
Attorneys for Defendants
THE FIRM OF JOHN DICKINSON
SCHNEIDER, INC., HOLLISTER
INCORPORATED and ALAN F. HERBERT

SCHUYLER ROCHE, P.C.
MICHAEL B. ROCHE (admitted *pro hac vice*)
L. ANDREW BREHM (admitted *pro hac vice*)
Suite 3800, One Prudential Plaza
130 East Randolph Street
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300

ADDUCCI, DORF, LEHNER, MITCHELL
& BLANKENSHIP, P.C.

By:   /s/ James D. Adducci
       JAMES D. ADDUCCI
Attorneys for Defendants,
SAMUEL P. BRILLIANT, DONALD K.
GRONEBERG, CHARLES H.
GUNDERSON, ALAN F. HERBERT,
JAMES A. KARLOVSKY, LORI

-2-

**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE ELLIS FOURTH AMENDED COMPLAINT**

KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON and RICHARD T. ZWIRNER

SIDLEY AUSTIN LLP

By:  /s/ James W. Ducayet
JAMES W. DUCAYET
Attorneys for Defendants,
MICHAEL C. WINN and LORETTA L. STEMPINSKI

SIDLEY AUSTIN LLP
WILLIAM F. CONLON (admitted pro hac vice)
JAMES W. DUCAYET (admitted pro hac vice)
MIKE BARTOLIC (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Tel:   (312) 853-7000
Fax:   (312) 853-7036

Co-counsel for Plaintiff Kathleen Ellis

WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
DANIEL E. WILCOXEN
2114 K Street
Sacramento, California 95816

Co-counsel for all Defendants:

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP WILLIAM A. GOULD (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendants THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI J. KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER

//

//

STIPULATION REGARDING TIMING OF DEFENDANTS' ANSWERS TO THE ELLIS FOURTH AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DEFAZIO, et al.,

      Plaintiffs,                        NOS. CIV. S-04-1358 WBS GGH
                                               S-05-0559 WBS GGH
  v.                                      S-05-1726 WBS GGH
                                               CONSOLIDATED

HOLLISTER, INC., et al.,

      Defendants.

<u>ORDER RE: STIPULATION REGARDING ANSWERS TO
THE ELLIS FOURTH AMENDED COMPLAINT</u>

        Plaintiff Kathleen Ellis ("Ellis") and defendants, in accordance with the parties' stipulation, are hereby Ordered as follows:

        1.    On April 8, 2008, the Court entered an Order granting in part and denying in part motions to strike and dismiss directed to the Fourth Amended Complaints of Ellis and the other plaintiffs. The April 8, 2008 Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints within 30 days of the date of that Order (by May 8, 2008).

        2.    Under Rule 12(a)(4)(a), *Fed.R.Civ.P.*, if Ellis elects to stand on her Fourth Amended Complaint, defendants' Answers to that Fourth Amended Complaint would be due on April 22, 2008.

        3.    However, if Ellis elects to file a Fifth Amended Complaint (as permitted by the April 8, 2008 Order), defendants would not be required to answer the Fifth Amended Complaint until within 10 business days after the filing of that pleading.

        4.    Ellis has not yet decided whether or not to file a Fifth Amended Complaint.

        5.    Ellis and defendants have agreed that the filing by defendants of

1  Answers to the Ellis Fourth Amended Complaint may be deferred pending Ellis's
2  decision regarding whether she will file a Fifth Amended Complaint.  Ellis will notify
3  defendants of her intention either to stand on her Fourth Amended Complaint or
4  alternatively, to file a Fifth Amended Complaint.  If Ellis notifies defendants that she
5  will stand on her Fourth Amended Complaint, then defendants will file answers to
6  the Fourth Amended Complaint within seven days of the receipt of such notice.  In
7  the event that Ellis elects to file a Fifth Amended Complaint, defendants will
8  (pursuant to Rule 15(a)(3) and 16(b), *Fed.R.Civ.P.*) answer or otherwise plead to the
9  Fifth Amended Complaint within 10 business days of the filing of the Fifth Amended
10 Complaint.

12     The foregoing stipulation is approved by the Court, and defendants'
13 responsive pleading to Ellis's Fourth Amended Complaint or Fifth Amended
14 Complaint (as the case may be) shall be filed at the time set forth in the parties'
15 Stipulation.

17 Dated: April 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE