UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DEFAZIO, THERESA BEETHAM, BRENDA DIMARO, KATHLEEN ELLIS, DELANE HUMPHRIES, HALLIE LAVICK, MICHAEL MCNAIR, SONYA PACE, JUDY SEAY, NANCY RUSSELL STANTON, and CINDY WORTH, <br><br>    Plaintiffs, <br><br>  v. <br><br> HOLLISTER, INC., HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., SAMUEL BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHALE C. WINN, and RICHARD T. ZWIRNER, <br><br>    Defendants. | NOS. CIV. 04-1358 WBS GGH <br>         05-0559 WBS GGH <br>         05-1726 WBS GGH <br>         CONSOLIDATED <br><br> <u>ORDER DENYING MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT</u> |

1

----oo0oo----

Currently before the court is plaintiffs'[1] motion for leave to file a Fifth Amended Complaint alleging additional claims against defendants under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001-1461, and to re-allege their previously stricken fraud allegations against defendants Herbert, Karlovsky, and McCormack.

At this time, neither the court nor defendants (nor possibly even the plaintiffs themselves) are able to surmise exactly how plaintiffs' allegations will appear in their proposed Fifth Amended Complaint, because plaintiffs have inexplicably failed to heed Local Rule 5-137(c), which requires that plaintiffs attach a proposed amended complaint as an exhibit to their motion for leave to amend.  E. Dist. of Cal. Local R. 5-137(c) ("If filing a document requires leave of Court, such as an amended complaint when an answer is on file, counsel shall attach the document proposed to be filed as an exhibit to the motion . . . .").

Because the form and/or manner in which plaintiffs intend to allege these new facts or information is altogether unclear, it would be disingenuous on the part of the court to grant plaintiffs' motion absent the ability to review the complaint they seek to file.  Accordingly, the court will deny plaintiffs' motion for leave to amend their complaint.  See Pobursky v. Madera County, No. 07-0611, 2008 WL 544430, at *2

---

[1] Plaintiff Kathleen Ellis is represented by separate counsel and does not join her co-plaintiffs in the instant motion.

(E.D. Cal. Feb. 26, 2008) ("[T]he Court is unable to decide Plaintiffs' motions to amend because they did not submit a proposed Second Amended Complaint with their motions."); <u>Johnson v. St. Mary</u>, No. 06-0508, 2007 WL 1100507, at *1 (E.D. Cal. Apr. 11, 2007) (acknowledging the denial of a previous motion to amend where plaintiff's "motion failed to comply with the requirement of Local Rule 5-137(c) that he lodge a proposed amended complaint with the court.")

     IT IS THEREFORE ORDERED that plaintiffs' motion for leave to amend the Fourth Amended Complaint be, and the same hereby is, DENIED without prejudice.

DATED: June 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE