| | |
|---|---|
| WILKE, FLEURY, HOFFELT, GOULD & BIRNEY LLP<br>William A. Gould (SBN 035446)<br>Daniel L. Baxter (SBN 203862)<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Tel: (916) 441-2430<br>Fax: (916) 442-6664<br><br>Attorneys for Defendants | LAW OFFICES OF LYNN HUBBARD<br>Lynn Hubbard III (SBN 69773)<br>Scottlynn J Hubbard (SBN 212970)<br>12 Williamsburg Lane<br>Chico, California 95926<br>Tel: (530) 895-3252<br>Fax: (530) 894-8244<br><br>Attorneys for Plaintiffs<br>James DeFazio, Theresa Beetham, Brenda Dimaro, DeLane Humphries, Hallie Lavick, Michael McNair, Sonya Pace, Judy Seay, Nancy Russell Stanton, and Cindy Wirth |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOLLISTER, INC. et. al.,<br><br>    Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>STIPULATION REGARDING TIMING OF DEFENDANTS' ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT, IN VIEW OF THE JUNE 13, 2008 ORDER; ORDER<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:    July 15, 2004 |
| KATHLEEN ELLIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>    Defendants. | Complaint<br>Filed:    March 22, 2005 |

_____
**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**

| | |
|---|---|
| BRENDA DIMARO and HOLLIE LAVICK,<br><br>             Plaintiffs,<br><br>       vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>             Defendants. | Complaint<br>Filed:     August 25, 2005 |

_____
**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**

Plaintiffs James P. DeFazio, et al., ("DeFazio") and defendants, by their respective attorneys, hereby stipulate and agree as follows:

1. On April 8, 2008, the Court entered an Order granting in part and denying in part motions to strike and dismiss directed to the Fourth Amended Complaints of DeFazio and the other plaintiffs. (Dkt. # 333) The April 8, 2008 Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints within 30 days of the date of that Order (by May 8, 2008).

2. Under Rule 12(a)(4)(a), Fed.R.Civ.P., defendants' Answers to the Fourth Amended Complaint would have been due on April 22, 2008.

3. DeFazio filed a Motion for Leave to File a Fifth Amended Complaint (Dkt. # 337), which was withdrawn and refiled. (Dkt. # 343)

4. On April 29, 2008 the parties stipulated, and the Court Ordered (Dkt. # 341) that filing Answers to the Fourth Amended Complaint prior to the Court's ruling on the Motion for Leave to File a Fifth Amended Complaint may render the said Answers moot.

5. On June 13, 2008, the Court entered an Order denying DeFazio's Motion for Leave to File a Fifth Amended Complaint, without prejudice. (Dkt. # 354 at 3).

6. On June 18, 2008 counsel for DeFazio represented to counsel for defendants that DeFazio intends to file another Motion for Leave to File a Fifth Amended Complaint.

7. The parties have again agreed that filing Answers to the Fourth Amended Complaint prior to this Court's ruling on DeFazio's upcoming Motion for Leave to File a Fifth Amended Complaint may

render the said Answers moot.

8. DeFazio and defendants have agreed that the filing by defendants of Answers to the DeFazio Fourth Amended Complaint may be deferred pending this Court's ruling on DeFazio's Motion for Leave to File a Fifth Amended Complaint. The parties agree that defendants' Answers, whether to the Fourth Amended Complaint or Fifth Amended Complaint, shall be due within 10 business days of the Court's Order.

9. The parties further stipulate that the Fourth Amended Complaint will remain in effect—notwithstanding the stipulated extension for filing Answers or DeFazio's pending Motion—for the purposes of discovery and law and motion.

```
DATED:   June 20, 2008              LAW OFFICES OF LYNN HUBBARD


                                    By:    /s/ Scottlynn J Hubbard
                                         SCOTTLYNN J HUBBARD
                                         One of the Attorneys for
                                                 Plaintiffs

LAW OFFICES OF LYNN HUBBARD
Lynn Hubbard III (SBN 69773)
Scottlynn J Hubbard (SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Tel: (530) 895-3252
Fax: (530) 894-8244

                                    SCHUYLER ROCHE, P.C.


                                    By:    /s/ L. Andrew Brehm
                                           L. ANDREW BREHM
                                         Attorneys for Defendants
                                       THE FIRM OF JOHN DICKINSON
                                       SCHNEIDER, INC., HOLLISTER
                                     INCORPORATED and ALAN F. HERBERT


SCHUYLER ROCHE, P.C.
MICHAEL B. ROCHE (admitted pro hac vice)
L. ANDREW BREHM (admitted pro hac vice)
Suite 3800, One Prudential Plaza
130 East Randolph Street
Chicago, Illinois 60601
Tel: (312) 565-2400
Fax: (312) 565-8300

                                    ADDUCCI, DORF, LEHNER, MITCHELL
                                       & BLANKENSHIP, P.C.


                                    By:    /s/ James D. Adducci
                                           JAMES D. ADDUCCI
                                         Attorneys for Defendants,
                                    SAMUEL P. BRILLIANT, DONALD K.
                                    GRONEBERG, CHARLES H. GUNDERSON,
                                         ALAN F. HERBERT, JAMES A.
                                    KARLOVSKY, LORI KELLEHER, JAMES
                                         J. MCCORMACK, CHARLES C.
                                    SCHELLENTRAGER, HOWARD I. SIMON
                                           and RICHARD T. ZWIRNER
```

```
                                  SIDLEY AUSTIN, LLP


                             By:      /s/ James Ducayet
                                   JAMES W. DUCAYET
                                 Attorneys for Defendants,
                              MICHAEL C. WINN and LORETTA L.
                                        STEMPINSKI
```

SIDLEY AUSTIN LLP
WILLIAM F. CONLON (admitted pro hac vice)
JAMES W. DUCAYET (admitted pro hac vice)
MIKE BARTOLIC (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Co-counsel for all Defendants:

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP WILLIAM A. GOULD (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Defendants

//

//

//

//

**STIPULATION REGARDING TIMING OF DEFENDANTS'
ANSWERS TO THE DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DEFAZIO, et al.,

        Plaintiffs,    NOS. CIV. S-04-1358 WBS GGH
                                         S-05-0559 WBS GGH
   v.                          S-05-1726 WBS GGH
                                           CONSOLIDATED

HOLLISTER, INC., et al.,

        Defendants.

<u>ORDER RE: STIPULATION REGARDING ANSWERS TO THE
DeFAZIO/DIMARO FOURTH AMENDED COMPLAINT,
IN VIEW OF THE JUNE 13, 2008 ORDER</u>

    Plaintiffs James P. DeFazio et al. ("DeFazio") and defendants, in accordance with the parties' stipulation, are hereby Ordered as follows:

    1.  On April 8, 2008, the Court entered an Order granting in part and denying in part motions to strike and dismiss directed to the Fourth Amended Complaints of DeFazio and the other plaintiffs. (Dkt. # 333)  The April 8, 2008 Order permitted, but did not require, plaintiffs to file Fifth Amended Complaints within 30 days of the date of that Order (by May 8, 2008).

    2.  Under Rule 12(a)(4)(a), Fed.R.Civ.P., defendants' Answers to the Fourth Amended Complaint would have been due on April 22, 2008.

    3.  DeFazio filed a Motion for Leave to File a Fifth Amended Complaint (Dkt. # 337), which was withdrawn and refiled. (Dkt. # 343)

-1-

4. On April 29, 2008 the parties stipulated, and the Court Ordered (Dkt. # 341) that filing Answers to the Fourth Amended Complaint prior to the Court's ruling on the Motion for Leave to File a Fifth Amended Complaint may render the said Answers moot.

5. On June 13, 2008, the Court entered an Order denying DeFazio's Motion for Leave to File a Fifth Amended Complaint, without prejudice. (Dkt. # 354 at 3).

6. On June 18, 2008 counsel for DeFazio represented to counsel for defendants that DeFazio intends to file another Motion for Leave to File a Fifth Amended Complaint.

7. The parties have again agreed that filing Answers to the Fourth Amended Complaint prior to this Court's ruling on DeFazio's upcoming Motion for Leave to File a Fifth Amended Complaint may render the said Answers moot.

8. DeFazio and defendants have agreed that the filing by defendants of Answers to the DeFazio Fourth Amended Complaint may be deferred pending this Court's ruling on DeFazio's Motion for Leave to File a Fifth Amended Complaint. The parties agree that defendants' Answers, whether to the Fourth Amended Complaint or Fifth Amended Complaint, shall be due within 10 business days of the Court's Order.

9. The parties further stipulate that the Fourth Amended Complaint will remain in effect—notwithstanding the stipulated extension for filing Answers or DeFazio's pending Motion—for the purposes of discovery and law and motion.

The foregoing stipulation is approved by the Court, and defendants' responsive pleading to DeFazio's Fourth Amended

1  Complaint or Fifth Amended Complaint (as the case may be) shall be
2  filed at the time set forth in the parties' Stipulation.
3
4  Dated: June 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-