1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   WILLIAM A. GOULD, JR. (SBN 035446)
2  DANIEL L. BAXTER (SBN 203862)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814
   Telephone:     (916) 441-2430
4  Facsimile:     (916) 442-6664

5  Attorneys for All Defendants

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 JAMES P. DeFAZIO,                          **Case No.  S-04-1358 WBS/GGH**
                                              **(Consolidated Action Master File Number)**
12            Plaintiff,
                                              **ORDER RE MOTION FOR LEAVE FOR**
13     v.                                     **OUT-OF-TOWN COUNSEL TO APPEAR**
                                              **TELEPHONICALLY AT JULY 21, 2008**
14 HOLLISTER, INC., et al.,                   **HEARING**

15            Defendants.

16
   KATHLEEN ELLIS,
17
              Plaintiff,
18
       v.
19
   HOLLISTER, INC., et al.,
20
              Defendants.
21

22 BRENDA DIMARO; and HALLIE
   LAVICK,
23
              Plaintiffs,
24
       v.
25
   HOLLISTER, INC., et al.,
26
              Defendants.
27

28

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP                           -1-
ATTORNEYS AT LAW
SACRAMENTO       **ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY (Case No.  S-04-1358 WBS/GGH)**

1   Upon reviewing Plaintiffs' Second Motion to Amend the Complaint, Reconsider
2   Dismissal of Herbert, McCormack and Karlovsky, and to Clarify April 8, 2008 Order, and the
3   papers submitted in opposition thereto, the court has determined that the matters are appropriate
4   for submission and decision without oral argument.  Therefore the application of attorneys
5   Michael B. Roche, James D. Adducci, and James W. Ducayet to appear telephonically at the
6   hearing scheduled for July 21, 2008 at 2:00 p.m. is moot.

7   DATED:  July 17, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12   373143.1