IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>   vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**ORDER REGARDING REQUEST FOR CLARIFICATION CONCERNING FURTHER PROCEEDINGS ON DEFENDANTS' MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:     July 15, 2004 |
| KATHLEEN ELLIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>        Defendants. | Complaint<br>Filed:     March 22, 2005 |
| BRENDA DIMARO and<br>HOLLIE LAVICK,<br><br>        Plaintiffs,<br><br>   vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>        Defendants. | Complaint<br>Filed:     August 25, 2005 |

-1-

**PROPOSED ORDER ON STIPULATION REGARDING REQUEST FOR CLARIFICATION CONCERNING FURTHER PROCEEDINGS ON DEFENDANTS' MOTION TO DISMISS**

1
2  The plaintiffs (other than plaintiff Kathleen Ellis) and defendants, The Firm of
3 John Dickinson Schneider, Inc. ("JDS"), Hollister Incorporated ("Hollister"), Alan F.
4 Herbert and Richard I. Fremgen have stipulated and jointly requested that the Court
5 conduct a telephonic conference with counsel (a) to clarify what effect, if any, Rule
6 12(d) of the Federal Rules of Procedure will have on defendants' presently pending
7 Motion to Dismiss Certain Claims in the Fifth Amended Complaint; and (b) to
8 address the appropriate course of further proceedings on defendants' pending
9 Motion to Dismiss.  The court, however, declines to hold such a hearing.  Whatever
10 effect Rule 12(c) may or may not have on defendant's pending motion is a question
11 of law, which the court will have to determine after considering the respective
12 positions of the parties as set forth in their pleadings and arguments.
13  IT IS SO ORDERED.
14 Dated:  August 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER ON STIPULATION REGARDING REQUEST FOR CLARIFICATION
CONCERNING FURTHER PROCEEDINGS ON DEFENDANTS' MOTION TO DISMISS**