IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

      Plaintiff,               No. CIV S-04-1358 WBS GGH

  vs.

HOLLISTER, INC., et al.,         DISCOVERY PLAN ORDER

      Defendants.

_____/

      Presently before the court is Defendants' "Statement regarding the inapplicability of the joint statement procedures to defendants' October 17 and October 20, 2008 motions to strike. Plaintiff Ellis has filed an opposition.

      Good cause appearing, IT IS ORDERED that Defendants' October 22, 2008 request to proceed with their motions to strike experts in according with regular motion practice under E.D. Local Rule 78-230, rather than under E. D. Local Rule 37-251, is granted.

Dated: 10/28/08

                                /s/ Gregory G. Hollows
                                _____
                                U.S. MAGISTRATE JUDGE

GGH:076/Defazio1358.230.wpd

1