WILKE, FLEURY, HOFFELT, GOULD & BIRNEY
WILLIAM A. GOULD (SBN 035446)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-second Floor
Sacramento, California 95814
Tel:   (916) 441-2430
Fax:  (916) 442-6664

Attorneys for Defendants, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, CHARLES H. GUNDERSON, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI J. KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, HOWARD I. SIMON, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>     vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO COMPLETE DISCOVERY, FOR THE FILING OF DISPOSITIVE MOTIONS, AND EXTENDING THE PRE-TRIAL CONFERENCE DATE**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:         July 15, 2004 |
| KATHLEEN ELLIS,<br><br>        Plaintiff,<br><br>     vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>        Defendants. | Case No. CIV. S-05-559 WBS GGH<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:         March 22, 2005 |

| | |
|---|---|
| BRENDA DIMARO, et al., | Case No. CIV. S-05-1726 WBS GGH |
| Plaintiffs, | Judge:     William B. Shubb |
| vs. | Complaint Filed:     August 25, 2005 |
| HOLLISTER INCORPORATED, et al., | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. Pursuant to the parties' "Stipulation Regarding Extension of Time to Complete Discovery, for the Filing Of Dispositive Motions, and to Reset the Pre-Trial Conference Date", IT IS HEREBY ORDERED:

    1. The discovery cut-off date in these consolidated actions is hereby extended to and including March 31, 2008; and

    2. All motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before April 30, 2009. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the Court's regularly scheduled law and motion calendar.

    3. The Pre-Trial Conference is rescheduled to June 29, 2009 at 2:00 P.M.

    IT IS SO ORDERED.

Dated: November 17, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE