UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DEFAZIO, et al., | NOS. CIV. 04-1358 WBS GGH |
| | 05-0559 WBS GGH |
| Plaintiffs, | 05-1726 WBS GGH |
| | CONSOLIDATED |
| v. | ORDER |
| HOLLISTER, INC., et al., | |
| Defendants. | |

----oo0oo----

On December 12, 2008, defendants filed a motion to strike the expert witness reports of Kevin G. Long and Karen L. Handorf. That motion was set for hearing on January 20, 2009, at 2:00 p.m. In conjunction with their opposition to that motion, plaintiffs filed a counter-motion on December 23, 2008, to strike the expert reports of Grabowski & Levitske and Wallace.

Pursuant to Local Rule 78-230(e), in order to give the parties a full opportunity to brief both pending motions, the court will modify the hearing date and briefing schedule as

1

follows:

       IT IS HEREBY ORDERED THAT:

       (1) The hearing date for both defendants' motion to strike and plaintiffs' counter-motion to strike is moved to February 2, 2009, at 2:00 p.m.;

       (2) Defendants may file a reply to plaintiffs' opposition and an opposition to plaintiffs' motion to strike no later than January 16, 2009; and

       (3) Plaintiffs may file a reply to any opposition filed by defendants no later than January 26, 2009.

DATED:  December 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE