IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,                    No. CIV S-04-1358 WBS GGH

    vs.

HOLLISTER, INC., et al.,         SUMMARY ORDER

    Defendants.

_____/

        On January 12, 2009, the court conducted a telephone conference at the request of the parties pertaining to a discovery dispute outlined in statements filed on January 9, 2009. (Docket Nos. 440-442.) As a result of that conference, the court now issues the following summary order.

        IT IS ORDERED that for the years 1974 through July 15, 1998, defendants shall produce for inspection corporate minutes only. For the period from July 15, 1998 through the present, defendants shall permit inspection in Illinois by plaintiffs of documents assembled as described in defendants' statement.[1] Plaintiffs shall designate documents they propose to copy from both groups. If defendants do not agree to production (copying) of any of these documents

---

[1] It appears that the documents of both Hollister and JDS have been assembled and are now in the control of Hollister. (Docket No. 440, at 20 n. 8.)

1

1  subject to the operative protective order, they shall advise the court of those documents for which
2  they resist copying.² No documents shall be filed *in camera* until ordered by the court. The date
3  for production (copying) of those documents, which defendants agree can be copied, shall be
4  arranged between the parties.
5  Dated: January 13, 2009

                                                                    /s/ Gregory G. Hollows
                                                                    _____
                                                                    U.S. MAGISTRATE JUDGE

GGH:076/Defazio1358.sum

---

² As discussed at the telephone conference, the court will not be inclined to order copying of documents which do not directly pertain to Hollister Employee Share Ownership Trust (HESOT), HolliShare, the Firm of John Dickinson Schneider, Inc. (JDS) Preferred Share Trust, or the John D. and Minnie R. Schneider Charitable Trust, unless it is ordered for attorneys' eyes only.