IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

      Plaintiff,                      No. CIV S-04-1358 WBS GGH

    vs.

HOLLISTER, INC., et al.,             ORDER

      Defendants.

_____/

      Previously pending on this court's calendar for February 26, 2009, was defendants' motion for extension of time to serve their lawyer-expert report. Martin Jensen appeared for plaintiffs. Daniel Baxter appeared for defendants.

      After hearing, IT IS ORDERED that:

      1. Defendants' motion for extension of time to serve their lawyer-expert report, docket #459, is granted in part.

      2. Defendants shall serve their rebuttal report as authorized by the court's February 4, 2009 order, by March 13, 2009.

\\\\\

\\\\\

\\\\\

1

1        3. The depositions of plaintiffs' lawyer experts shall take place after service of
2   this rebuttal report, on a date mutually agreed to by the parties, but prior to the March 31, 2009
3   discovery cutoff.
4   Dated: February 26, 2009

                                           /s/ Gregory G. Hollows
                                        _____
                                        U.S. MAGISTRATE JUDGE

GGH:076/Defazio1358.xpt