UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DEFAZIO, et al., | NOS. CIV. 04-1358 WBS GGH |
| Plaintiffs, | 05-0559 WBS GGH |
| | 05-1726 WBS GGH |
| | CONSOLIDATED |
| v. | ORDER |
| HOLLISTER, INC., et al., | |
| Defendants. | |

----oo0oo----

On April 27, 2009, plaintiffs filed a request to file exhibits under seal in connection with their motion for summary judgment. (Docket No. 481.) This request asks the court to enforce the protective order issued by the assigned Magistrate Judge on October 1, 2007 (Docket No. 259). Because the order sought would not be dispositive of any issue in the case and deals only with how documents shall be filed, this request is likewise hereby referred to the assigned Magistrate Judge.

///

///

1

IT IS SO ORDERED.

DATED:  April 29, 2009

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE