Enclosure 6

## PROPOSED AMENDMENTS TO
## THE FIRM OF JOHN DICKINSON SCHNEIDER, INC.
## <u>RESTATED ARTICLES OF INCORPORATION</u>

# NOTE:  PROPOSED NEW LANGUAGE IS UNDERLINED; LANGUAGE PROPOSED TO BE DELETED IS LINED OUT.

ARTICLE FIVE, Paragraph II.C.  <u>Restriction of Classes of Persons Entitled to Hold Shares</u>.

~~Subject to the exception set forth in paragraph E below,~~ <u>T</u>he following are the only classes of persons entitled to be holders of shares of any class: ~~holders of shares of the Corporation as of May 5, 1978~~ the John D. Schneider Preferred Share Trust dated April 21, 1977; directors and officers of the Corporation or of Hollister Incorporated who (in the opinion of the Corporation's Board of Directors) have performed substantial and continuing services for the Corporation or Hollister Incorporated; employees of the Corporation, of Hollister Incorporated or of any other corporation controlled by one or more of such corporations; ~~and~~ any deferred benefit plan maintained for the exclusive benefit of such directors, officers or employees<u>; and The Firm of John Dickinson Schneider, Inc. Preferred Share Trust April 21, 1999</u>.

ARTICLE FIVE, Paragraph II.D.1. <u>Option to Repurchase</u>.

      a.    In the event of termination, by death or for any other reason, of the employment of any shareholder of the Corporation ~~(other than John D. Schneider)~~ by the Corporation, Hollister Incorporated, any subsidiary of the Corporation or Hollister Incorporated, or any other corporation controlled by one or more of such corporations, or in the event any non-employee shareholder ceases for any reason to be a director or

H 02418
CONFIDENTIAL

officer of the Corporation or Hollister Incorporated, the Corporation shall have the option to repurchase any and all shares which such person owned, held or in which he or she had an interest, legal or equitable, or claimed an interest, at the time of such termination of employment.

ARTICLE FIVE, Paragraph II.D.8. Common Share Ownership Limit of 10%.

      a. No natural person shall own directly or indirectly or both as of December 31 of any year (excluding only (i) indirect ownership through a non-discriminatory tax-qualified retirement plan sponsored by the Corporation, Hollister Incorporated or any of their subsidiaries, and (ii) ownership attributable to such person solely because of his acting as a fiduciary of The Firm of John Dickinson Schneider, Inc. Preferred Share Trust April 21, 1999, the Hollister Employee Share Ownership Trust or any other plan sponsored by any of such corporations for the benefit of employees, whether or not tax-qualified) more than 10% of the Corporation's outstanding common shares (the "ownership limit"). No natural person shall accept, purchase or in any other manner acquire at any time during any year common shares of the Corporation (excluding only acquisitions related to such indirect ownership and such fiduciary ownership) if such acquisition would result in that person's owning common shares exceeding the ownership limit. Notwithstanding the foregoing, the ownership limit shall not apply to grants of common shares or options or other contingent rights to purchase or receive common shares of the Corporation prior to their vesting or exercise or fulfillment of their contingencies.

- 2 -

H 02419
CONFIDENTIAL

H 02420
CONFIDENTIAL