*James P. DeFazio v. Hollister Incorporated et al.*
*Kathleen Ellis v. Hollister Incorporated et al.*
*Brenda Dimaro et al. v. Hollister Incorporated et al.*
Master Case No.: CIV.S-04-1358 WBS GGH
(Consolidated)

**Item 8**

of the

**Appendix of Documents Submitted In Support Of Defendants'
Motions For Summary Adjudication On Various Claims**

*Hollister Highlights,* Special Edition, Second Quarter 1999
[Regarding the 1999 Transaction]

# HIGHLIGHTS

A publication for and about the employees of Hollister Incorporated, an equal opportunity employer.

© 1999 Hollister Incorporated. All rights reserved.

Volume 35, No. 2 Second Quarter/Special Edition 1999

## S · P · E · C · I · A · L   E · D · I · T · I · O · N

# New Trust Established

### 100% Affirmation Assures Continuity of Schneider Legacy



Hollister's predecessor, John Dickinson Schneider, Printer Craftsman, began operation on May 10, 1921. An equally important date to many past, present and future employees of Hollister is April 21, 1977, for it was on that date that John Schneider transferred ownership of his company in trust for his employees.

By that date, John and Minnie Schneider, partners in life, had been married for 44 years. Sadly, early in their marriage they lost a child, but through Hollister and its many devoted employees, they never felt they were without a family.

And it was because of this deep appreciation for the employees that John took steps to ensure that Hollister would remain independent and employee-owned.

John Schneider did so by transferring his controlling stock—the preferred shares—in Hollister's parent company, named The Firm of John Dickinson Schneider, Inc., to a Trust that would hold them for the benefit of Hollister employees who own common shares in the parent company until the Trust's termination. After the Trust's termination, the preferred shares would be distributed to those employee common shareholders who would agree in writing to uphold the Trust's policies and principles, which ensure continuation of the company as an independent and employee-owned business.

When the original Trust was drafted, there were time limits required by law on the duration of trusts of this type. Mr. Schneider decided that the Trust be in place for 24 years, set to expire April 21, 2001, which coincided with the 80th anniversary of his first business. Trust laws changed eventually and it is now possible for trusts to be established in perpetuity.

Michael C. Winn, Loretta S. Stempinski, and Richard T. Zwirner were personal friends or trusted employees and advisors of John Schneider, and he named the three of them as his successor to administer his Trust. In planning for the termination of the John Schneider Trust, they believed that continued independence, employee-ownership, and adherence to the policies and principles set forth by John Schneider would be in the best interest of Hollister in the future.

Continued on page 2

*New Trust—Continued from page 1*

They felt that these fundamental beliefs served us well in the past and would continue to benefit those employees who own common shares of our parent company, as well as all other present and future Hollister employees.

Michael C. Winn, Loretta L. Stempinski, and Richard T. Zwirner reduced their thoughts to a written proposal which they shared with common shareholders who own shares directly as employees. And they did this as *fellow shareholders*, not as Trustees of the existing Trust or as directors of the company.

Their proposal was affirmed by other initial grantors of the new Trust, namely:

Alan F. Herbert,
James J. McCormack,
James P. O'Connor,
William D. Sauerland,
Denis R. Chevaleau
Jerome A. Saxon, and
James A. Karlovsky.

The group of ten (including Michael C. Winn, Loretta L. Stempinski, and Richard T. Zwirner) agreed in principle to establish and fund the new Trust.

Those who were employee common shareholders agreed to the direct transfer to the new Trust of the preferred shares which would have been theirs when the original Trust terminated, and thus agreed to continue the Schneider legacy.

Their proposal was not an extension of the existing Trust, but rather a new Trust which is expected to continue for as long as Hollister remains in existence.

On April 21, 1999 every employee shareholder, in a show of 100% solidarity, joined the initial grantors. The new Trust was signed during a special meeting in the conference center in Libertyville. Each person was given a commemorative pen, personalized with his or her name, as a memento of this important date in the history of Hollister and in

recognition of their role in it. The unanimous support of the new Trust assures that the Schneider legacy will continue.

The new Trust became effective and irrevocable on April 21, 1999, but will not actually become *operative* until April 21, 2001, when the present Trust expires. Because this is a new Trust, it was necessary for new Trustees to be selected. Whereas the former Trust had three Trustees, the new Trust will have five.

Beginning in June 2001, three of the Trustees, a majority, are required to be individuals not involved in the management of Hollister and two of them, a minority, may be directors, officers, or employees of Hollister. This arrangement is designed to balance over time the influence of Hollister's directors and officers with that of knowledgeable and disinterested outsiders on the new Trust, and to minimize the temptation to act in one's own short-term self-interest.

Initial Trustees for the new Trust are Michael C. Winn, Loretta L. Stempinski, and Richard T. Zwirner, all of whom have served in this capacity for the original Trust, and Donna J. Matson, a former employee who retired in June 1984, and Alan F. Herbert, President and Chief Operating Officer of Hollister Incorporated.

*Continued on page 3*



*Trustees for the new Trust, seated Alan F. Herbert and Michael C. Winn; standing, left to right: Donna J. Matson, Richard T. Zwirner, and Loretta L. Stempinski*

2

*New Trust—Continued from page 2*

The policies and principles of John Schneider have been mentioned in this article and this is, perhaps, an appropriate time and place to restate them, as they were outlined when John Schneider's original Trust was announced in 1977:

## Summary of New Trust

*John Schneider's Policies and Principles:*

- Employee share ownership
- Internal financing and capital development
- Growth through existing products, related new products and natural market extension
- Conservative investments in plant and other assets outside the United States
- New products, improved products and acquisitions to relate logically to Hollister's existing businesses, sales programs and facilities
- Quality products, quality service and quality employees

## Other Key Provisions:

- The new trust will be perpetual in duration.
- The Trustees will elect the company's directors who will include both company insiders and disinterested persons.
- The Trustees will support continuation of the sale and repurchase of common shares of the parent company at book value, as well as the other restrictions on stock transfers.

# A Great Company—An Enduring Company

*A message from Michael C. Winn, Loretta L. Stempinski, and Richard T. Zwirner*



*L to r: Richard T. Zwirner, Loretta L. Stempinski and Michael C. Winn*

The establishment of the new Trust is reported in the lead article of this Special Edition of *Hollister Highlights* and the message that follows from Alan F. Herbert, President and Chief Operating Officer, addresses the operating implications of running Hollister in a manner which fully implements the new Trust. Our message is intended for you personally and for all future associates of Hollister.

When we proposed the new Trust to our fellow employee-owners of common shares of The Firm of John Dickinson Schneider Inc., we advised that we believe the continuation of the independent and employee-owned nature of Hollister, and its governance in accordance with John Schneider's policies and principles, is in the best interests of all Hollister employees. We further advised that our belief was based upon our twenty plus years of governance experience under John Schneider's Trust; a careful and extensive review of Hollister's operating performance during those years; an examination of forward projections; assistance of outside experts from the fields of law and finance; and consultation with many of Hollister's top management.

The new Trust does not represent a different approach compared to Mr. Schneider's Trust. Rather, it is a model of governance that is based on values that are not in favor or emphasized in business today. This was also true when Mr. Schneider established his Trust in 1977, but the trends in business and elsewhere in society have continued in a direction opposite to the one we have chosen.

The values we have chosen are personal commitment to the Company and loyalty. Yes, loyalty. Mr. Schneider firmly believed there was an essential causal connection between the contributions of employees who identified with and were committed to Hollister and to the Company's business success. Motivated by our commitment and loyalty, Mr. Schneider reciprocated, in two ways. First, he most generously provided all of the equity ownership to his loyal employees. Second, he entrusted the future of his Company to its employees through his Trust. Today the values of commitment and loyalty are woven through both Hollister's Mission Statement and the Chairman's Vision Statement.

*Continued on page 4*

3

*A Great Company—Continued from page 3*

John J. Clancy, professor and associate director of American Culture Studies at Washington University, has written widely on the topic of loyalty in business. Professor Clancy confirms that loyalty in business is rapidly passing away, along with confidence in institutions generally. He believes loyalty began to decline in the 50's and a new type of employee has emerged who sees himself or herself as a free agent, liberated from the bondage of company commitment and free to follow his or her individual interests. Clancy sees employees not as disloyal but as *unloyal*. They feel little if any attachment to the company that employs them.

Contrary to the business trend described by Clancy, people in general and employees in particular have an innate need to become committed to something larger than themselves. Some type of loyalty is natural and vital to everyone. If employees are committed and loyal, their behavior in the workplace is driven from within for the good of the company. Clancy advises, loyalty is a powerful simplifier: employees' decisions should be based on what is right for the company.

Our model of an independent and employee-owned company in perpetuity provides the ideal structure to nurture commitment and loyalty in Hollister's employees. The employees are the company and the company cannot exist nor continue without them and their contributions. And, since all the owners are within, employee decisions should be based on what is right for the company and what is also right for the employees. It is a true win/win situation.

John Schneider's vision was that Hollister would continue as a great company. "Only First Class is good enough" he would say. A great company in his view was one with "quality products, quality people, and quality service." Hollister is a great company today and the new Trust is a commitment in perpetuity to our great company and to each employee as an individual. Hollister can continue as a great company if enough employees continue through their commitment and loyalty to keep the Company great in the context of Mr. Schneider's legacy.

It is our fondest hope that Hollister would also continue as an *enduring* company. Perpetuity on paper only provides the opportunity to be enduring. It is through fulfillment of our commitment and the contributions of all employees that we can collectively provide the basis for Hollister's continuing as a great company and thereby become an enduring company.

# A Commitment to Continued Success

*A message from Alan F. Herbert*



On June 30, 1999, when I celebrated my second anniversary with Hollister, I reflected on the many wonderful experiences I had in the first two years of my presidency. I realize how fortunate I am to be associated with so successful and ethical a company as Hollister Incorporated, and I want to take this opportunity to pledge to everyone at Hollister, worldwide, that I am firmly committed to doing everything in my power to ensure the continued success of this unique company.

We have a solid platform for success with our Mission and Chairman's Vision Statements that describe and position the Hollister dedication to helping healthcare professionals deliver better products and services and to making life more rewarding for patients. The reputation of Hollister within healthcare and business in general is impeccable. The Company is regarded as highly ethical, and it is known for quality products, employees and service— fulfilling the dream of its founder, John Schneider. In his 20 years as President, and now as Chairman and Chief Executive Officer, Michael C. Winn has held fast the course, shaping Hollister into a successful company governed by Mr. Schneider's policies and principles. Mike has made the hard decisions that have kept Hollister on track through times of expansion and growth into new markets both in the U.S. and abroad. He has been supported in these decisions by fellow trustees and board members, Loretta L. Stempinski and Richard T. Zwirner, and by a staff of dedicated, capable, and loyal associates, who believe in the policies and principles set forth by John Schneider as the standards by which Hollister should be run.

4

# Signing Ceremony Marks Historic Event

On April 21, 1999, employee owners of common shares of Hollister's parent company gathered to sign the new Trust document. The new Trust will become operational April 21, 2001, which coincides with the 80th anniversary of John Schneider's original business.

The signing took place at Hollister world headquarters in Libertyville, in the conference center. It began mid-morning and Michael C. Winn, Chairman and Chief Executive Officer of Hollister Incorporated, addressed the shareholders and thanked them for their unanimous support of the new Trust.

Each person in turn signed the document, and, upon doing so, was given a commemorative pen personalized with the signatory's name. Each person was also photographed individually while signing the document, and a group photo of the grantors of the new Trust was taken on the steps of the atrium first.

Following the signing ceremony, a luncheon was served to all participants, and Mr. Winn in his closing remarks commented on the importance of this historic event and the fact that it reaffirms the legacy of Mr. and Mrs. John Schneider.



The new Trust will give direction, purpose, and unity to our future efforts. As you all know, this Trust is perpetual—it is expected to exist *as long as Hollister continues to exist*. And that is a very important statement. To keep the Trust going, we must make sure that Hollister continues to operate successfully, and that is why I am here. That is why, in fact, all of us are here, and I want to tell you about how I feel we can best achieve that goal.

As we enter the new millennium we have many new challenges and opportunities to face, and just as we had 100% solidarity in support of the new Trust, we must have 100% solidarity in our shared goal of keeping Hollister at the forefront of healthcare products companies worldwide. We must strike a delicate balance, succeeding in the future, global business world while retaining the benefits of our independent, employee-owned "small is beautiful" company.

Innovation and change will be key to our future success. We must better identify customer needs and look for new, different ways of fulfilling these needs throughout our organization. New quality products will be a primary engine of growth, and we must continuously improve the solutions we provide to customer problems, becoming a truly market-needs driven company.

Focus and prioritization will be required for our global success. Which markets do we enter and when? How shall we spread our resources? How do we succeed in an increasingly "borderless" world, and what role does technology, such as information systems, play?

To ensure our success, we must communicate and cooperate as a committed, worldwide Hollister team. Cross-functional coordination, fact-based information flow, and the seamless integration of our global resources will be necessary to remain our customers' preferred strategic partner. As a global team, we must accurately project the future, be prepared for the unexpected, reevaluate traditional strategies, and improve customer responsiveness.

The legacy of John Schneider and the Hollister progress over the past two decades have provided us with a solid platform for future success. The new Trust will give us direction, purpose, and unity in our future efforts. Growth is essential to our future success—not for growth's sake, but rather as a means for keeping our Company independent and employee owned. The opportunity for all Hollister associates continues and can be realized by our commitment to continued success.

5

# Shareholders Sign Historic Trust Document

*Pictured on this and the next several pages are owners of common shares of The Firm of John Dickinson Schneider, Inc. These photos were taken as each individual signed the new Trust document, showing unanimous support of the Trust and thus ensuring the continuation of the legacy of John Schneider: that Hollister Incorporated remain independent and employee-owned for as long as it continues to exist.*



Frank Arcaro



Nancy Balis



John Biersteker



Linda Blackwell



Joy Boarini



Thomas Breuer



Bruce Buzzell



Jill Cherbow



Rachael Cronin



Dale Crusoe



Elizabeth Cunningham



John Cynkar



John DeWees



Joseph Dimock



Lon Dircks



David Doerschner



Sheldon Dummer



Betty Duncan



Thomas Engels



William Ferguson



David Fradin



Thomas Gilman



Kimberle Goin



Mary Graul



Teresa Hertel



Deborah Houser



Steven Howard



Frank Jambor



David Jones



Gary Jones



Lynn Kaczmarek



Heidi Kendzior



Iris King



Terence King



Robert Koehler



Mathias Kremesec



Phillip LaGro



James Lamb



Sharon Leaf



Lisa Leonhart



Pak Leung



Elizabeth Lindner



Debra Lo



Margo Love



James Lueck



Lawrence Lustig



Sal Mancini



Fernando Martinez



Alvin Maslov



Donald Matesi



Patricia McCune



James McHale



David Melzer



Harvey Meyers



Joanne Nelson



Carol Noren



Barbara O'Brien



Dennis Osgood



James Passalaqua



James Paul



Vera Pawlowski

9



James Peterson



Richard Rauschenberger



Peter Reisner



Ronald Roberts



Larry Rockey



William Rygiel



Barry Schneider



Richard Simms



Guljit Singh



Philip Spitz



Emil Stempel



Jack Stevens



James Stupar



Bruce Such



Michael Taylor



Dian Thielitz

10



*Deborah Tokarz*



*Joseph Tokarz*



*Bruce Vance*



*Mark Wajswol*

# Parent Company Shareholders Affirm the Grantors' Action in Establishing the New Trust

On April 30, 1999, the holders of the common and preferred shares of The Firm of John Dickinson Schneider, Inc. voted to amend its Restated Articles of Incorporation (among other things) to permit the new Trust to be a shareholder and to confirm as permissible the transfers of preferred shares directly from John Schneider's original Trust to the new Trust. This vote was the last event required to implement the grantors' historic recommitment of the company as an independent and employee-owned company, subject to John Schneider's policies and principles which have guided it successfully for decades.

The Trustees of John Schneider's Trust, the Hollister Employee Share Ownership Trust (HolliShare), the Hollister Foreign Employee Share Ownership Trust and the Hollister Limited Employee Profit Sharing Trust all joined the employee common shareholders in this vote. This vote will serve to preserve for the current and future participants and beneficiaries of these trusts the structure which has produced the financial benefits which have flowed from the ownership of the parent company's common shares.



*The other initial grantors of the new Trust, seated, left to right: William D. Sauerland, Alan F. Herbert, James A. Karlovsky; standing, left to right: Jerome A. Saxon, Denis R. Chevaleau, James J. McCormack, and James P. O'Connor*

11

# Hollister Mission Statement

*Hollister dedicates itself to be a company which looks outward to the needs of the healthcare professionals and the people they serve.*

*This dedication will be based on our Mission, to help healthcare professionals deliver better products and services, and to make life more rewarding and dignified for those who use our products.*

*By listening to our customers and those they serve, we will gain a better understanding of the needs which we can best satisfy.*

*This will lead us to improve present products and develop or acquire new and unique products, since all products inevitably face the cycles of growth, maturity, and decline.*

*Our products and service will be of superior quality and backed by our policy of unconditional satisfaction.*



*We will work together by focusing on the process of filling these needs, through cooperation, effort, and creativity.*

*We will form strong relationships with our suppliers and distributors, and with the communities in which we work.*

*We will judge behavior in every phase of our business by how it helps to better serve our customers.*

*We believe that the ethical way is the only way to conduct our business.*



*Hollister has the unique advantage of building on the solid foundation of "quality products, quality service, quality employees," a legacy of our founder, John Dickinson Schneider.*

*We are pledged to maintaining an independent company—employee-owned—and, to that end, will continue to manage our Company as an internally-financed and profitable business.*



*By living each day by our Mission, we will grow and prosper as a Company and in the process, become better human beings.*