*James P. DeFazio v. Hollister Incorporated et al.*
*Kathleen Ellis v. Hollister Incorporated et al.*
*Brenda Dimaro et al. v. Hollister Incorporated et al.*
Master Case No.: CIV.S-04-1358 WBS GGH
(Consolidated)

**Item 9**

of the

**Appendix of Documents Submitted In Support Of Defendants'
Motions For Summary Adjudication On Various Claims**

*HolliShare Highlights - 2005*

Case 2:04-cv-01358-WBS-GGH    Document 488-3    Filed 04/30/09    Page 2 of 7

# HolliShare
# Highlights
## 2005

 Holl



# HolliShare Highlights

## 2005



Hollister



*2005*

*To Each Participant of HolliShare*

We are pleased to provide you with your Statement of Participant's Account as of December 31, 2005 along with this 2005 Highlights booklet which summarizes the Hollister Employee Share Ownership Trust's financial results for the year.

HolliShare's performance was strong in 2005. Trust earnings in 2005 were $24,286,896, generating a 14.17% return on employee participants' equity. In addition, the Company's Board of Directors determined that $5,024,391, or 8.50% of participants' compensation, would be contributed for the year.

The HolliShare profit sharing plan in which we participate provides significant benefits that are shared among the plan's members. That has been our goal since John D. Schneider, our founder, originally approved the plan over thirty years ago. By each of us doing our job well and working together, we will contribute to Hollister's mission and success and further the success of HolliShare as well.

As always, if you have questions about your individual statement or the booklet, please contact the Human Resources Department in Libertyville or the Human Resources Department at your location.

Alan F. Herbert
President

*Three Year Trust Investment Performance*

| Performance Comparisons | 2005 | 2004 | 2003 |
|---|---|---|---|
| Hollister Incorporated contributions | $5,024,391 | $4,820,805 | $4,677,766 |
| Expressed as a percent of participants' compensation | 8.50% | 8.50% | 8.50% |
| Trust earnings and changes in investment values | $24,286,896 | $30,640,680 | $32,160,615 |
| Return on participants' equity | 14.17% | 20.99% | 25.91% |

\* The decreases in net assets during 2001 and 2000 of $11,943,376 and $13,738,273, respectively, were the result of a high number of long service participant terminations. As shown in the plan's Financial Statements, Hollister Incorporated's contribution to the plan and the plan's earnings totalled $19,327,790 for 2001 and $12,671,323 for 2000. Distributions of $31,271,166 in 2001 and $26,409,596 in 2000, representing the vested balances of participants who left the plan, produced the over-all reduction in the plan's net assets for each of those years.

Ten Year Trust Balance and Census



Trust Net Assets

$ 139,820,661  1996  852
$ 148,613,485  1997  847
$ 148,056,668  1998  860
$ 147,440,493  1999  880
$ 133,702,220*  2000  870
$ 121,758,844*  2001  909
$ 138,594,536  2002  926
$ 161,512,728  2003  918
$ 182,194,065  2004  898
$ 201,444,738  2005  897

05