*James P. DeFazio v. Hollister Incorporated et al.*
*Kathleen Ellis v. Hollister Incorporated et al.*
*Brenda Dimaro et al. v. Hollister Incorporated et al.*
Master Case No.: CIV.S-04-1358 WBS GGH
(Consolidated)

**Item 9**

of the

**Appendix of Documents Submitted In Support Of Defendants'
Motions For Summary Adjudication On Various Claims**

*HolliShare Highlights - 2005*
Part 2

*Investments*

## Composition of the Trust

Common shares of The Firm of John Dickinson Schneider, Inc. (JDS), the parent company of Hollister Incorporated, constitute the major investment for Hollister employee participants. This gives each employee participant indirect ownership in Hollister Incorporated and a share of worldwide earnings through the increase in book value of JDS common shares. As of December 31, 2005, the Trust owned 72% of the outstanding common shares of JDS.

HolliShare's non-JDS assets have been invested in various high grade interest-yielding instruments.

## Closely Held Nature of JDS Stock

JDS common shares, which are valued at their book value, are not publicly traded. They are for all practical purposes not transferable to any person or entity other than JDS itself. They are subject to severe transfer restrictions which require that the Trust first offer them to JDS at their book value.

To date, JDS has repurchased common shares from the Trust at their book value to provide the plan with needed cash. Both the Trustees and JDS expect to continue in this manner, in order to maintain the necessary liquidity and financial integrity of HolliShare.

The ability of JDS to continue this practice depends upon the continued financial strength and liquidity of Hollister Incorporated. If, for some presently unforeseen reason, JDS was unable to continue to repurchase common shares from the Trust, the Trust might not be able to sell the common shares, or, at least, might not be able to sell them at a price equal to their book value. In such event, the Trust would not be able to realize its full investment in JDS common shares and the account balances of the employee participants would be reduced, perhaps substantially.

JDS is controlled by The Firm of John Dickinson Schneider, Inc. Preferred Share Trust April 21, 1999 (Preferred Share Trust). The Preferred Share Trust holds all of the preferred shares of JDS, which constitute approximately 98% of JDS' outstanding voting shares. The Preferred Share Trust was established on April 21, 1999 and accepted transfer of the JDS preferred shares on April 21, 2001 from the John D. Schneider Preferred Share Trust (John Schneider Trust), which had held the preferred shares since 1977. One of the principal purposes of the John Schneider Trust was to maintain JDS and Hollister Incorporated as employee owned companies. The John Schneider Trust terminated on April 21, 2001 and, in accordance with its terms, the preferred shares were to be distributed to certain employee beneficiaries of the trust. All such employee beneficiaries agreed, in writing and irrevocably, to the transfer of any preferred shares which they would have been entitled to receive to the Preferred Share Trust. The Preferred Share Trust holds the preferred shares essentially in perpetuity and commits management of JDS and Hollister Incorporated to adherence to the employee ownership and other principles which have contributed to their financial success. In 1999, the Trustees of HolliShare voted in favor of allowing the Preferred Share Trust to become a shareholder of JDS.

### Forfeitures

When a participant leaves the Company, the portion of the HolliShare account not vested represents a forfeiture. Forfeitures are allocated to then active employee participants' accounts on the basis of such participants' compensation. Forfeitures may not be allocated until a former participant has had five consecutive one-year breaks in service. Forfeitures totaling $128,382 were allocated at the end of 2005.

*Financial Statements*

| Statements of Net Assets For the Years Ended December 31, | 2005 | 2004 |
|---|---|---|
| **Assets** | | |
| Cash in bank | $ 173 | $ 288 |
| Contribution receivable from Hollister Incorporated | 5,024,391 | 4,646,936 |
| Loans to participants (Note 3) | 110,765 | 68,951 |
| Interest receivable | 403 | 46 |
| Investments (See Schedule of Investments) | | |
| Common shares | 195,740,082 | 177,679,095 |
| Short-term investments | 2,141,378 | 1,119,370 |
| | 203,017,192 | 183,514,686 |
| | | |
| **Less: Liabilities** | | |
| Accrued interest and accounts payable | 1,329,830 | 1,056,245 |
| 9% installment payments due former participants (current portion $21,751) (Note 5) | 242,624 | 264,376 |
| | | |
| **Net Assets** | $201,444,738 | $182,194,065 |
| | | |
| Represented by: | | |
| Participants' equity allocated to employee participants | $200,796,574 | $181,583,002 |
| Deferred forfeitures (Note 6) | 648,164 | 611,063 |
| | $201,444,738 | $182,194,065 |

See accompanying notes to financial statements.

**Statements of Changes
in Net Assets
For the Years Ended December 31,**

| | 2005 | 2004 |
|---|---|---|
| Net Assets – beginning of year | $182,194,065 | $161,512,728 |

**Additions**

| | | |
|---|---|---|
| Contributions by Hollister Incorporated | 5,024,391 | 4,820,805 |

**Trust earnings and changes in
investments values**

| | 2005 | 2004 |
|---|---|---|
| Appreciation of investments held during the year | 24,396,107 | 30,727,945 |
| Interest Income | 71,779 | 19,001 |
| Interest Expense | (180,990) | (106,266) |
| | 24,286,896 | 30,640,680 |

**Deductions**

| | | |
|---|---|---|
| Distributions/benefits allocated for former participants (net of deferred forfeitures) (Note 7) | 10,060,614 | 14,780,148 |
| Net Assets – end of year | $201,444,738 | $182,194,065 |

See accompanying notes to financial statements.

## Schedule of Investments

|  | At December 31, 2005 | |
| --- | --- | --- |
| Issuer | Cost | Market Value |
| **Common Shares** | | |
| The Firm of John Dickinson Schneider, Inc. (Notes 2, 3 and 4) | $    60,564 | $195,740,082 |
| **Short-Term Investments** | | |
| ABN-AMRO Guaranteed Investment Contract Pooled Fund | 378 | 378 |
| Wachovia Bank 3.39% due 1/03/06 | 2,141,000 | 2,141,000 |
| | $2,201,942 | $197,881,460 |

See accompanying notes to financial statements.

*Notes*

### (1) General

The Hollister Employee Share Ownership Trust is a qualified profit sharing plan under Sections 401(a) and 501(a) of the Internal Revenue Code and is subject to the provisions of the Employee Retirement Income Security Act of 1974.

### (2) Asset Valuation and Basis of Accounting

Under the terms of the Trust, the assets are valued as of each December 31st at their respective fair market values. The common shares of The Firm of John Dickinson Schneider, Inc. (JDS) are valued at their book value as of the valuation date, computed from JDS' financial statements, which are audited by independent public accountants. The Trust's financial statements are reported on the accrual basis of accounting.

### (3) Party-in-Interest

The terms of the Trust provide for investments in JDS common shares and permit loans to participants under certain conditions. These investments and loans, which are known as party-in-interest transactions, are permitted under applicable law and are so classified on the financial statements filed with the Internal Revenue Service.

### (4) Common Shares of JDS

The Trust held 595,027 and 617,027 common shares of JDS as of December 31, 2005 and 2004, respectively. This represented 72% of the common shares outstanding on such dates.

*05*

*Notes*

### (5) Accounts Related to Former Participants

The accounts related to former participants have been segregated in the Trust. As of December 31, 2005 and 2004, these former participant accounts were as follows:

| Assets | 2005 | 2004 |
|---|---|---|
| Short-term Investments | $247,537 | $269,703 |
| **Liabilities** | | |
| Due former participants | $242,624 | $264,376 |
| Interest payable | 4,913 | 5,327 |
| | $247,537 | $269,703 |

### (6) Deferred Forfeitures

Forfeitures, the portions of former participants' accounts which are not vested upon termination, are deferred until the former participants have had five consecutive one-year breaks in service. Forfeitures are then allocated to employee participants. A "break in service" is defined as 500 hours or less of service within a Trust fiscal year, which is a calendar year.

### (7) Distribution and Payment of Benefits

Benefits are available to former participants as a lump sum which may be (a) rolled over directly into an individual retirement arrangement or, if the former participant is employed elsewhere, into a qualified retirement plan of the employer, (b) paid in cash, (c) used to purchase an annuity providing for monthly payments as selected by the former participant from the available annuity options, or (d) applied to a combination of the above.

### (8) Priorities upon Termination

In the event the plan is terminated, the assets of the Trust would be used first to pay benefits due to former participants. The remaining assets would then be apportioned among those who are employee participants at the date of plan termination.

The Trustees of HolliShare
are pleased to provide you
with this 2005 Report.

Sincerely,

Samuel P. Brilliant
Lori J. Kelleher
Richard T. Zwirner

*2005*



©2006 Hollister Incorporated
All Rights Reserved
Printed in USA

**Hollister Incorporated**
2000 Hollister Drive
Libertyville, Illinois 60048