UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES P. DEFAZIO, et al.,

    Plaintiffs,

v.

HOLLISTER, INC., et al.,

    Defendants.

NOS. CIV. 04-1358 WBS GGH
05-0559 WBS GGH
05-1726 WBS GGH
CONSOLIDATED

ORDER

----oo0oo----

On April 24, 2009, plaintiffs in the above-captioned action filed three motions: two motions for partial summary judgment and one motion to remove plan trustees (collectively "plaintiffs' motions").[1] (Docket Nos. 474, 475, 477.) Then, on April 30, 2009, defendants filed four motions: three motions for partial summary judgment and one motion to strike (collectively "defendants' motions"). (Docket Nos. 483, 484, 489, 495.)

---

[1] Plaintiff Kathleen Ellis, who is represented by separate counsel, joined only one of the motions for partial summary judgment. (Docket No. 476.)

1

Plaintiff Kathleen Ellis and defendants thereafter sought additional time to respond to the motions and requested that oral argument on the motions be rescheduled accordingly. (Docket Nos. 496-500.)

IT IS THEREFORE ORDERED that:

1) any opposition to plaintiffs' or defendants' motions shall be filed no later than May 26, 2009;

2) any reply to the oppositions shall be filed no later than June 8, 2009; and

3) the hearing on plaintiffs' and defendants' motions is hereby rescheduled for 2:00 p.m. on June 22, 2009.

DATED: May 8, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE