IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

        Plaintiff,               No. CIV S-04-1358 WBS GGH

    vs.

HOLLISTER, INC., et al.,            ORDER

        Defendants.

_____/

        Certain plaintiffs have indicated that they desire to file documents which producing defendants have identified as confidential under the protective order entered on October 1, 2007. Since that order was entered, the Ninth Circuit decided <u>Pintos v.Pacific Creditors Ass'n.</u>, __F.3d__, 2009 WL 1151800 (9th Cir. April 30, 2009), which required "compelling reasons" (as opposed to good cause) for sealing, if the sealing was to be performed in connection with a dispositive motion or trial.

        Therefore, no later than May 18, 2009, the filing plaintiffs shall identify for the producing defendants those specific "confidential" documents which they plan to file in connection with the motions/opposition to summary judgment. Defendants shall, no later than

\\\\\

\\\\\

1

May 25, 2009, file and serve the compelling reasons for requiring the "confidential" documents to be filed under seal.

Dated: May 11, 2009.

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

GGH:ggh:035
defazio.docs