IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. DeFAZIO,

    Plaintiff,                       No. CIV S-04-1358 WBS GGH

    vs.

HOLLISTER, INC., et al.,            ORDER

    Defendants.

_____/

        On May 27, 2009, this court directed defendants to file a statement of compelling reasons for requiring plaintiffs' documents listed in support of their opposition to defendants' motion for summary judgment (#525) to be filed under seal.  On June 3, 2009, defendants filed a statement indicating their position that it was not necessary for any of the documents listed on docket #525 to be filed under seal, based on their review of the documents and the standards set forth in this court's May 11, 2009 order.

        Accordingly, IT IS ORDERED THAT: to the extent plaintiffs have not done so already, they shall file documents in support of their opposition to defendants' statement of undisputed facts (#525) in the public record.

Dated: June 10, 2009

                                   /s/ Gregory G. Hollows

                                   _____
                                   U.S. MAGISTRATE JUDGE

GGH:076
DeFazio1358.conf2.wpd

1