**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russell G. Porter, SBN 041020
Martin N. Jensen, SBN 232231
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**WILCOXEN, CALLAHAN, MONTGOMERY & DEACON**
Daniel E. Wilcoxen, SBN 054805
2114 K Street
Sacramento, California 95816
(916) 442-2777 (telephone)
(916) 442-4118 (facsimile)

Attorneys for Plaintiff
KATHLEEN ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ELLIS,<br><br>        Plaintiff,<br><br>v.<br><br>HOLLISTER, INC., et al.,<br><br>        Defendants. | Case No. CIV.S-04-1358 WBS GGH<br>[Consolidated Action Master Case Number]<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME |

/ / /

/ / /

1

Good cause having been shown consistent with Federal Rules of Civil Procedure section 16(b)(4), the Court hereby grants Plaintiff's ex parte request to further modify the Status Pretrial Scheduling Order.

The Status Pretrial Scheduling Order shall be further modified as follows:

Plaintiffs' pretrial statement shall be filed on August 10, 2009. Defendants' pretrial statement shall be filed on August 17, 2009. The final pretrial conference is hereby moved to August 24, 2009, at 2:00 p.m. in courtroom 5.

Dated:   June 12, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00691991.WPD