1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY
   WILLIAM A. GOULD (SBN 035446)
2  DANIEL L. BAXTER (SBN 203862)
   400 Capitol Mall, Twenty-second Floor
3  Sacramento, California 95814
   Tel:    (916) 441-2430
4  Fax:   (916) 442-6664

5  Attorneys for Defendants, THE FIRM OF JOHN
   DICKINSON SCHNEIDER, INC., HOLLISTER
6  INCORPORATED, SAMUEL P. BRILLIANT,
   RICHARD I. FREMGEN, DONALD K. GRONEBERG,
7  CHARLES H. GUNDERSON, ALAN F. HERBERT,
   JAMES A. KARLOVSKY, LORI J. KELLEHER,
8  JAMES J. MCCORMACK, CHARLES C.
   SCHELLENTRAGER, HOWARD I. SIMON, LORETTA
9  L. STEMPINSKI, MICHAEL C. WINN and RICHARD
   T. ZWIRNER

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  JAMES P. DeFAZIO, | Case No.: CIV.S-04-1358 LKK GGH [Consolidated Master Case Number] |
| 14          Plaintiff, | |
| 15      vs. | **ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND DEADLINES FOR PRETRIAL SUBMISSIONS** |
| 16  HOLLISTER, INC.; et. al., | |
| 17          Defendants. | Judge William B. Shubb |
| 18 | Complaint |
| 19 | Filed:        July 15, 2004 |
| 20 | |
| 21  KATHLEEN ELLIS, | Case No. CIV. S-05-559 LKK GGH |
| 22          Plaintiff, | Judge William B. Shubb |
| 23      vs. | Complaint |
| 24  HOLLISTER INCORPORATED et al., | Filed:        March 22, 2005 |
| 25          Defendants. | |

26

27

28

---

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND DEADLINES FOR PRETRIAL SUBMISSIONS**

| | |
|---|---|
| BRENDA DIMARO, et al., | Case No. CIV. S-05-1726 LKK GGH |
| Plaintiffs, | Judge:      Lawrence K. Karlton |
| vs. | Complaint |
| HOLLISTER INCORPORATED, et al., | Filed:        August 25, 2005 |
| Defendants. | |

Pursuant to the parties' "Stipulation Regarding Continuance of Final Pretrial Conference and Deadlines for Pretrial Submissions,"

IT IS HEREBY ORDERED:

1.     The Status Pretrial Scheduling Order shall be modified as follows: Plaintiffs' pretrial statement shall be filed by September 28, 2009.  Defendants' pretrial statement shall be filed by October 5, 2009. The final pretrial conference is hereby moved to October 19, 2009 at 2:00 p.m. in courtroom 5.

IT IS SO ORDERED.

Dated:  July 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

454646.1

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND DEADLINES FOR PRETRIAL SUBMISSIONS**