**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russell G. Porter, SBN 041020
Martin N. Jensen, SBN 232231
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**WILCOXEN, CALLAHAN,
MONTGOMERY & DEACON**
Daniel E. Wilcoxen, SBN 054805
2114 K Street
Sacramento, California 95816
(916) 442-2777 (telephone)
(916) 442-4118 (facsimile)

Attorneys for Plaintiff
Kathleen Ellis

Lynn Hubbard III (SBN 69773)
Scottlynn J Hubbard IV (SBN 212970)
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone:      (530) 895-3252
Facsimile:      (530) 894-8244

Attorneys for Plaintiffs Jim DeFazio, Theresa
Beetham, Brenda DiMaro, DeLane Humphries, Hallie
Lavick, Michael McNair, Sonya Pace, Judy Seay,
Nancy Stanton, and Cindy Wirth

James M. Crawford (SBN 50336)
**CRAWFORD LAW OFFICE, P.A.**
14 East Sunlit Forest Drive
The Woodlands, TX 77381
Telephone: (832) 971-1101
Facsimile: (281) 292-1744

Attorney for Plaintiff Hallie Lavick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>Plaintiff,<br><br>v.<br><br>HOLLISTER, INC., et al.,<br><br>Defendants. | Case No. CIV.S-04-1358 WBS GGH<br>[Consolidated Action Master Case Number]<br><br>**PLAINTIFFS' JOINT WITNESS LIST<br>FOR TRIAL (EXHIBIT "A")**<br><br>Pretrial Conf.: October 19, 2009<br>Time:         2:00 p.m.<br>Ctrm:         5<br><br>Trial Date:   January 12, 2010 |

/ / /

/ / /

1

Plaintiffs anticipate calling the following witnesses to testify at the time of trial:

**WITNESSES**

1   Theresa Beetham, c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

2.   James P. DeFazio, c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

3.   Brenda DiMaro c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

4.   Kathleen Ellis c/o Russell Porter and Martin Jensen, Porter Scott, 350 University Ave., Suite 200, Sacramento, CA 95825, (916) 929-1481 and Daniel Wilcoxen, Wilcoxen Callahan, et al., 2114 K Street, Sacramento, CA 95816, Tel: (916) 442-2777

5.   DeLane Humphries c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

6.   Hallie Lavick c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

7.   Michael McNair c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

8.   Sonya Pace c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

9.   Nancy Russell Stanton c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

10.   Judy Seay c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

11.   Cindy Wirth c/o Scott Hubbard, Law Offices of Lynn Hubbard, 12 Williamsburg Lane, Chico, CA 95926, Tel: (530) 895-3252

12.   Samuel Brilliant c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

13.   Richard Fremgen c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

14.   Charles Gunderson c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

00722893.WPD          PLAINTIFFS' JOINT WITNESS LIST (EXHIBIT "A")

15. Allen F. Herbert c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

16. James Karlovsky c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

17. Lori Kelleher c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

18. James McCormack c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

19. Charles C. Schellentrager c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

20. Loretta Stempinski, c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

21. Dian Thielitz c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

22. Michael Winn c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

23. Richard Zwirner c/o counsel for Defendants, Wilke Fleury, et al., 400 Capitol Mall, 22nd Floor, Sacramento, CA 95814, Tel: (916) 441-2430

## WITNESSES — EXPERTS

24. Kevin Long, Chang, Ruthenberg & Long, 620 Coolidge Drive, Suite 350, Folsom, CA 95630-3184, Tel: (916) 357-5660 — Plaintiff Ellis' expert witness regarding ERISA violations

25. John Korschot, Stern Brothers Valuation Advisors, 1044 Main Street, Suite 501, Kansas City, MO 64105, Tel: (816) — Plaintiff Ellis' expert witness regarding valuation of HolliShare

26. Karen Handorf, Cohen, Milstein, Sellers & Toll, PLLC, 1100 New York Avenue, N.W., Suite 500, West Tower, Washington, D.C. 20005 Tel: (202) 408-4600 — Plaintiff DeFazio's expert witness regarding ERISA violations

27. Dr. Shannon Pratt, Shannon Pratt Valuations, 6443 SW Beaverton Hillsdale Way, Portland, OR 97221, Tel: (503) 459-4700 — Plaintiff DeFazio's expert witness regarding valuation of HolliShare

28. David Ackerman, Morgan Lewis, 77 West Wacker Drive, Chicago, IL 60601-5094, Tel: (312) 324-1170 — Defendants' rebuttal expert witness regarding ERISA violations

/ / /

3

29.    Roger Grabowski, Duff & Phelps, LLC, 311 S Wacker Drive, Chicago, IL 60606, Tel: (312) 697-4600 — Defendants' expert witness regarding valuation of HolliShare

30.    Robert G. Wallace, Wallace & Associates, 711 University Avenue, Sacramento, CA 95825, Tel: (916) 648-9838 — Defendants' expert witness regarding valuation of HolliShare.

Dated: September 28, 2009                    PORTER SCOTT
                                             A PROFESSIONAL CORPORATION


                                             By    /s/    _Martin N. Jensen_____
                                                        Martin N. Jensen
                                                        Attorneys for Plaintiff Kathleen Ellis


Dated: September 28, 2009                    LAW OFFICES OF LYNN HUBBARD


                                             By    /s/   _Scottlynn Hubbard, IV_____
                                                        Scottlynn Hubbard IV
                                                        Attorneys for Plaintiffs Jim DeFazio,
                                                        Theresa Beetham, Brenda DiMaro,
                                                        DeLane Humphries, Hallie Lavick,
                                                        Michael McNair, Sonya Pace, Judy
                                                        Seay, Nancy Stanton, and Cindy Wirth

4