1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   WILLIAM A. GOULD, JR. (SBN 035446)
2  DANIEL L. BAXTER (SBN 203862)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814
   Telephone:     (916) 441-2430
4  Facsimile:      (916) 442-6664

5  Attorneys for All Defendants

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>   v.<br><br>HOLLISTER, INC., et al.,<br><br>        Defendants. | **Case No.  S-04-1358 WBS/GGH**<br>**(Consolidated Action Master File Number)**<br><br>**ORDER RE REQUEST OF ATTORNEY L. ANDREW BREHM TO APPEAR TELEPHONICALLY AT OCTOBER 19, 2009 PRETRIAL CONFERENCE** |
| KATHLEEN ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>HOLLISTER, INC., et al.,<br><br>        Defendants. | |
| BRENDA DIMARO; and HALLIE LAVICK,<br><br>        Plaintiffs,<br><br>   v.<br><br>HOLLISTER, INC., et al.,<br><br>        Defendants. | |

28  The court has received and considered the request of L. Andrew Brehm to appear

-1-

**ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY (Case No.  S-04-1358 WBS/GGH)**

telephonically at the Pretrial Conference in this matter.  The Pretrial Conference is tantamount to the first day of trial.  While the court understands and appreciates the unusual circumstances leading to Mr. Brehm's request, it cannot grant it.  Instead, the court will excuse Mr. Brehm's absence from the conference and permit the other attorneys who represent his client to appear for him, provided that such attorneys have full authority to speak for Mr. Brehm and to bind their client.

DATED:  October 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

472474.1