Lynn Hubbard III (SBN 69773)
Scottlynn J Hubbard IV (SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone:   (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for plaintiffs Jim DeFazio, Theresa Beetham, Brenda Dimaro, DeLane Humphries, Hallie Lavick, Michael McNair, Sonya Pace, Judy Seay, Nancy Russell Stanton, and Cindy Wirth

United States District Court

Eastern District of California

| | |
|---|---|
| James DeFazio, et al., | Case No. CIV. S-04-1358 WBS GGH |
| Plaintiffs, | **Order Denying Leave for Attorneys Scottlynn and Lynn Hubbard to Appear Telephonically at October 19, 2009 Final Pre-Trial Conference.** |
| vs. | |
| Hollister, Inc., et al., | |
| Defendants. | |
| and consolidated cases. | |

1   Upon reviewing and considering Plaintiffs' ex parte application
2  ("Application") for leave for attorneys Scottlynn Hubbard and Lynn Hubbard to
3  appear telephonically at the October 19, 2009 Pretrial Conference,  IT IS
4  HEREBY ORDERED THAT Plaintiffs' Application is hereby DENIED,
5  without prejudice to counsel asking the Tax Court to appear telephonically at
6  the hearing in that matter.

8  DATED:  October 16, 2009

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

*DeFazio et al., v. Hollister, Inc., et al.,* **CIV. S 04-1358 WBS GGH**