UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DEFAZIO, et al., | NOS. CIV. 2:04-1358 WBS GGH |
|              Plaintiffs, | 2:05-0559 WBS GGH |
| | 2:05-1726 WBS GGH |
| | CONSOLIDATED |
|     v. | ORDER |
| HOLLISTER, INC., et al., | |
|              Defendants. | |

----oo0oo----

On October 19, 2009, the court held a pre-trial conference in this case and discussed the possibility that the Ninth Circuit might summarily dispose of plaintiffs' appeals within the thirty days following the pre-trial conference. On November 20, 2009, the parties informed the court that the plaintiffs' appeals are still pending.

For the reasons stated at the pre-trial conference, the trial date of January 12, 2010, is hereby vacated and will be reset after the Ninth Circuit disposes of plaintiffs' appeals. Within ten days of the Ninth Circuit's decision on plaintiffs'

1

1  appeals, the parties shall file a joint statement informing the
2  court of the resolution of the appeals, identifying any issues
3  raised by the Ninth Circuit's ruling on plaintiffs' appeals, and
4  suggesting new trial dates.
5          IT IS SO ORDERED.
6  DATED:  November 23, 2009

            _____
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE