| | |
|---|---|
| LAW OFFICE OF LYNN HUBBARD<br>Lynn Hubbard II (SBN 69773)<br>Scottlynn J. Hubbard IV (SBN 212970)<br>12 Williamsburg Lane<br>Chico, California 95926<br>(530) 895-3252<br><br>Attorneys for plaintiffs JAMES P. DEFAZIO, TERESA BEETHAM, BRENDA DIMARO, DELANE HUMPHRIES, HALLIE LAVICK, MICHAEL MCNAIR, SONYA PACE, JUDY SEAY, NANCY RUSSELL STANTON AND CYNTHIA WIRTH<br><br>WILCOXEN, CALLAHAN,<br>  MONTGOMERY & DEACON<br>Daniel E. Wilcoxen (SBN 054805)<br>2114 K Street<br>Sacramento, California 95816<br>(916) 442-2777<br><br>Attorneys for plaintiff KATHLEEN ELLIS<br><br>PORTER\|SCOTT P.C.<br>Russell G. Porter (SBN 041020)<br>Martin N. Jensen (SBN 232231)<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>(916) 929-1481<br><br>Attorneys for plaintiff KATHLEEN ELLIS | WILKE, FLEURY, HOFFELT,<br>  GOULD & BIRNEY<br>WILLIAM A. GOULD (SBN 035446)<br>DANIEL L. BAXTER (SBN 203862)<br>400 Capitol Mall, 22nd Floor<br>Sacramento, California 95814<br>Tel:   (916) 441-2430<br>Fax:  (916) 442-6664<br><br>Attorneys for Defendants, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI J. KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER<br><br>CRAWFORD LAW OFFICE, P.C.<br>James Crawford (SBN 50336)<br>14 East Sunlit Forest Drive<br>The Woodlands, Texas 77381<br>(832) 971-1101<br><br>Co-counsel for plaintiff Hallie Lavick |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**ORDER RESETTING THE TRIAL DATE AND EXTENDING TIME FOR FILING OF VARIOUS PRETRIAL SUBMISSIONS**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:          July 15, 2004 |

| | |
|---|---|
| KATHLEEN ELLIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>            Defendants. | Complaint<br>Filed:       March 22, 2005 |
| BRENDA DIMARO and<br>HOLLIE LAVICK,<br><br>Plaintiffs,<br><br>    vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>            Defendants. | Complaint<br>Filed:       August 25, 2005 |

Plaintiffs and defendants, by their respective counsel, have reported that the appeals by plaintiffs to the United States Court of Appeals for the Ninth Circuit have been dismissed. Accordingly, the trial of the above-captioned consolidated actions is set for **October 5, 2010 at 9:00 a.m.** in Courtroom No. 5. The court estimates that trial will last approximately ten to fifteen days.

The parties, by their counsel, have also stipulated that the various due dates for the pretrial filings required by the Court's Final Pretrial Order shall remain intact, but will be keyed to the trial date set by this Order. Accordingly, the various pre-trial filings shall be made the number of days in advance of the trial date that are specified in the Final Pre-Trial Order.

SO ORDERED;

December 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

**[PROPOSED] ORDER EXTENDING PRE-TRIAL FILING DATES**