| | |
|---|---|
| LAW OFFICE OF LYNN HUBBARD<br>Lynn Hubbard II (SBN 69773)<br>Scottlynn J. Hubbard IV (SBN 212970)<br>12 Williamsburg Lane<br>Chico, California 95926<br>(530) 895-3252<br><br>Attorneys for plaintiffs JAMES P. DeFAZIO, TERESA BEETHAM, BRENDA DIMARO, DELANE HUMPHRIES, HALLIE LAVICK, MICHAEL MCNAIR, SONYA PACE, JUDY SEAY, NANCY RUSSELL STANTON AND CYNTHIA WIRTH<br><br>WILCOXEN, CALLAHAN,<br>  MONTGOMERY & DEACON<br>Daniel E. Wilcoxen (SBN 054805)<br>2114 K Street<br>Sacramento, California 95816<br>(916) 442-2777<br><br>Attorneys for plaintiff KATHLEEN ELLIS<br><br>PORTER\|SCOTT P.C.<br>Russell G. Porter (SBN 041020)<br>Martin N. Jensen (SBN 232231)<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>(916) 929-1481<br><br>Attorneys for plaintiff KATHLEEN ELLIS | WILKE, FLEURY, HOFFELT,<br>  GOULD & BIRNEY<br>WILLIAM A. GOULD (SBN 035446)<br>DANIEL L. BAXTER (SBN 203862)<br>400 Capitol Mall, 22nd Floor<br>Sacramento, California 95814<br>Tel:   (916) 441-2430<br>Fax:  (916) 442-6664<br><br>Attorneys for Defendants, THE FIRM OF JOHN DICKINSON SCHNEIDER, INC., HOLLISTER INCORPORATED, SAMUEL P. BRILLIANT, RICHARD I. FREMGEN, DONALD K. GRONEBERG, ALAN F. HERBERT, JAMES A. KARLOVSKY, LORI J. KELLEHER, JAMES J. MCCORMACK, CHARLES C. SCHELLENTRAGER, LORETTA L. STEMPINSKI, MICHAEL C. WINN and RICHARD T. ZWIRNER<br><br>CRAWFORD LAW OFFICE, P.C.<br>James Crawford (SBN 50336)<br>14 East Sunlit Forest Drive<br>The Woodlands, Texas 77381<br>(832) 971-1101<br><br>Co-counsel for plaintiff Hallie Lavick |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DeFAZIO,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLISTER, INC.; et. al.,<br><br>        Defendants. | Case No.: CIV.S-04-1358 WBS GGH<br>[Consolidated Master Case Number]<br><br>**ORDER EXTENDING THE TIME FOR THE FILING OF VARIOUS PRETRIAL SUBMISSIONS**<br><br>Judge William B. Shubb<br><br>Complaint<br>Filed:     July 15, 2004 |

| | |
|---|---|
| KATHLEEN ELLIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>HOLLISTER INCORPORATED et al.,<br><br>             Defendants. | Complaint<br>Filed:       March 22, 2005 |
| BRENDA DIMARO and HOLLIE LAVICK,<br><br>Plaintiffs,<br><br>     vs.<br><br>HOLLISTER INCORPORATED, et al.,<br><br>             Defendants. | Complaint<br>Filed:       August 25, 2005 |

The parties, by their respective counsel, have stipulated that, other than objections to exhibits, the remaining pretrial filings and the exchange of exhibits required by the Court's Final Pretrial Order shall be extended to July 27, 2011, and that objections to exhibits shall be filed by August 5, 2011.  The Court accepts the parties' stipulation, and (absent further Order of the Court) the exhibit exchange and the remaining filings shall by made on those dates.

SO ORDERED;

October 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
**ORDER EXTENDING PRE-TRIAL FILING DATES**