**Law Offices of Lynn Hubbard**
Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
12 Williamsburg Lane
Chico, California 95926
(530) 895-3252 (telephone)
(530) 894-8244 (facsimile)

**Law Office of James M. Crawford, Jr.**
James M. Crawford, Jr., SBN 50336
14 East Sunlit Forest Drive
The Woodlands, Texas 77381
(832) 971-1101 (telephone)
(281) 292-1744 (facsimile)

Attorneys for Plaintiffs

United States District Court

Eastern District Of California

| | |
|---|---|
| Jim DeFazio, et al., | ) Case No. 04-1358 WBS GGH |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **Closing Brief and Joinder** |
| | ) |
| Hollister, Inc., et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| _____ | ) |
| | ) |
| And related cases. | ) |
| _____ | ) |

We whole-heartedly agree with the analysis contained in Kathy Ellis' closing brief, and join in her arguments *in toto.* We write separately to discuss two additional points:

*First*, the Ninth Circuit has unequivocally held, in no uncertain terms, that trial courts "should resolve doubts in favor of the plaintiffs," when determining the amount that a breaching fiduciary must restore to a plan as a result of a prohibited transaction. *See Kim v. Fujikawa*, 871 F.2d 1427, 1030-31 (9th Cir. 1989), quoting *Leigh v. Engle,* 727 F.2d 113, 138-39 (7th Cir.1984). In arriving at this conclusion, the Ninth Circuit opined that it would be unfair to deprive retirees any recovery simply because the defendants have made it difficult to disentangle the prohibited transaction. *See ibid.* (quoting same); *see also Donovan v. Bierwirth,* 754 F.2d 1049, 1056 (2nd Cir.1985) ("This is nothing more than application of the principle that, once a breach of trust is established, uncertainties in fixing damages will be resolved against the wrongdoer"). In this case, HolliShare's fiduciaries have made it almost impossible to determine the precise scope of harm the plan suffered by their conduct. Through excessive contributions and unnecessary sales of plan assets (*i.e.*, selling common shares at greatly reduced prices so that it inflates the value of the remaining shares), plan fiduciaries have manipulated the trust fund so that it has an average return of nearly 27%, and has never lost money in forty years. Such unbelievable returns seem too good to be true (and maybe they are).

We are not convinced, however, that John Schneider's dream cannot be saved, no matter how badly it has been corrupted by those he trusted, which brings us to our second issue:

We used a slightly different damage calculation than Kathy Ellis' counsel.[1]  Specifically, we determined the overall loss caused to the plan – resolving all doubts in favor of the plan – and then calculated our client's proportionate share of that loss.  Towards this goal, we have created three tables: (1) the first table shows the loss to the plan caused by using stale book values, instead of the current month end;[2] (2) the second table extends those losses to this year, and calculates them in "today" dollars; and (3) the third table documents the loss suffered by HolliShare because plan fiduciaries sold more shares than were necessary.[3]  The amounts and numbers contained in these tables were drawn from our proposed findings of facts, and the defendants' records.  Using these figures, we identified the losses suffered by the plan, and limited the harm – suffered by our clients – to periods in which they were beneficiaries and participants of the plan.

---

[1]  Please note: different does not mean better or worse, it just means different.

[2]  These are the same figures as those included within our proposed Findings of Fact and Conclusions of Law.

[3]  We apologize for the small size but we wanted to fit the entire table on a single page. A larger copy can be filed at the court's behest.

# SUMMARY

## (Selling at Lower Book Value)

| Name | Amount |
|------|-------:|
| HolliShare | $ 244,382,485.00 |
| Theresa Beetham | $ 78,032.68 |
| Brenda DiMaro | $ 10,430.00 |
| Dee Humphries | $ 41,537.00 |
| Hallie Lavick | $ 4,212.00 |
| Michael McNair | $ 980.00 |
| Sonia Pace | $ 100,345.00 |
| Judy Seay | $ 882,055.00 |
| Nancy Stanton | $ 110,803.00 |
| Cynthia Wirth | $ 23,414.00 |
| DeFazio/Ellis | $ 5,634,083.00 |

## (Selling an Excessive Number of Shares)

| HolliShare | $ 729,912,295.00 |
|------|-------:|
| Dee Humphries | $ 24,116.00 |
| Sonia Pace | $ 39,585.00 |
| Judy Seay | $ 3,502,558.00 |
| Nancy Stanton | $ 45,832.00 |
| DeFazio/Elli | $ 17,554,199.00 |

**Theresa Beetham**

Participant from 1994 to 2005

Account Balance on December 31, 2005 [4] ............................ $ 172,409.00

Total HolliShare Value December 31, 2005 [5] ................. $ 201,444,738.00

Proportionate share of the Plan...................................................... .0858 %

    ($172,409 ÷ $ 201,444,738 = . 0858%)

Losses attributed to the Plan from 1994 to 2005 [6]............ $ 29,804,132.00

Proportionate share of plan losses ........................................... $ 25,508.00

    ($29,804,132  X  .0858% = $25,508)

Appreciation of plan losses to December 31, 2011........... $ 90,947,181.00

Proportionate share of appreciation........................................ **$ 78,032.68**

    ($90,947,181  X  .0858% = $78,032.68)

---

[4]    Exhibit 606 (Final statement of HolliShare account of Teresa Beetham)

[5]    Exhibit 677, p. 9 (HolliShare Highlights 2005, <u>Financial Statements</u>)

[6]    Table No. 1, Column I

**Brenda DiMaro**

Participant from 1994 to 1998

Account Balance on December 31, 1998 [7] .............................. $ 28,389.92

Total HolliShare Value December 31, 1998 [8] ................. $ 148,056,668.00

Proportionate share of the Plan........................................................ .0192%

($28,389.92 ÷ $148,056,668 = .0192%)

Losses attributed to the Plan from 1994 to 1998 [9].............. $ 5,858,893.00

Proportionate share of plan losses ............................................. $ 1,123.44

($5,858,893  X  .0192% = $1,123.44)

Appreciation of plan losses to December 31, 2011 ........... $ 54,392,919.00

Proportionate share of appreciation........................................ **$ 10,430.00**

($54,392,919  X  .0192% = $10,430)

---

[7]    Exhibit 609 (Summary of history of HolliShare account of Brenda DiMaro)

[8]    Exhibit 4.23, p. 9 (HolliShare Highlights 1998, Financial Statements)

[9]    Table No. 1, Column I

DeFazio, et al., v. Hollister, et al., Case No. 04-1358 WBS GGH
Closing Brief and Joinder

Page 6

**DeLane Humphries**

Participant from 1988 to 1997

Account Balance on December 31, 1997 [10]........................... $ 101,144.00

Total HolliShare Value December 31, 1997[11] ................ $ 148,613,485.00

Proportionate share of HolliShare ................................................. .0681 %

($101,144 ÷ $148,613,485 = .0681%)

Losses attributed to the Plan from 1988 to 1997[12] .............. $ 3,615,257.00

Proportionate share of plan losses ............................................ $ 2,460.00

($3,615,257  X  .0681% = $2,460)

Appreciation of plan losses to December 31, 2011........... $ 61,031,265.00

Proportionate share of appreciation........................................ **$ 41,537.00**

($61,031,265  X  .0681% = $41,537)

Losses attributed to excess selling of plan shares[13] ............. $ 1,729,245.00

Appreciation of plan losses to December 31, 2011........... $ 35,433,815.00

Proportionate share of plan losses ........................................ **$ 24,116.00**

($35,433,815  X  .0681% = $24,116)

---

[10]   Exhibit 614 (Final statement of HolliShare account of DeLane Humphries)

[11]   Exhibit 4.22, p. 9 (HolliShare Highlights 1997, Financial Statements)

[12]   Table No. 1, Column I

[13]   1993 sale only

DeFazio, et al., v. Hollister, et al., **Case No. 04-1358 WBS GGH**
**Closing Brief and Joinder**

**Hallie Lavick**

Participant from 1997 to 1999

Account Balance on December 31, 1999 [14]............................. $ 17,173.06

Total HolliShare Value December 31, 1999 [15].................... $ 147,440,493

Proportionate share of HolliShare ................................................ .0116 %

   ($17,173.06 ÷ $147,440,493 = .0116%)


Losses attributed to the Plan from 1997 to 1999 [16] ............. $ 4,549,288.00

Proportionate share of plan losses ................................................ $ 529.88

   ($4,549,288  X  .0116% = $529.88)


Appreciation of plan losses to December 31, 2011 ........... $ 36,166,399.00

Proportionate share of appreciation.......................................... **$ 4,212.00**

   ($36,166,399  X  .0116% = $4,212)

---

[14]   Exhibit 617 (Summary of history of HolliShare account of Hallie Lavick)

[15]   Exhibit 4.24, p. 9 (HolliShare Highlights 1999, Financial Statements)

[16]   Table No. 1, Column I

DeFazio, et al., v. Hollister, et al., Case No. 04-1358 WBS GGH
Closing Brief and Joinder

**Michael McNair**

Participant from 1999 to 2000

Account Balance on December 31, 2000 [17]................................ $ 8,533.00

Total HolliShare Value December 31, 2000 [18]................ $ 133,702,220.00

Proportionate share of HolliShare ................................................. .0064 %

    ($8,533 ÷ $133,702,220 = .0064%)


Losses attributed to the Plan from 1999 to 2000 [19] ............. $ 2,057,386.00

Proportionate share of plan losses ................................................. $ 131.00

    ($2,057,386  X  .0064% = $131)


Appreciation of plan losses to December 31, 2011 ........... $ 15,355,380.00

Proportionate share of appreciation.............................................. **$ 980.00**

    ($15,355,380  X  .0064% = $980)

---

[17]    Exhibit 618 (Final statement of HolliShare account of Michael McNair)

[18]    Exhibit 672, p. 9 (HolliShare Highlights 2000, <u>Financial Statements</u>)

[19]    Table No. 1, Column I

**DeFazio, et al., v. Hollister, et al.,** Case No. 04-1358 WBS GGH
**Closing Brief and Joinder**

**Sonia Pace**

Participant from 1990 to 2002

Account Balance on December 31, 2002 [20] ............................ $ 154,830.00

Total HolliShare Value December 31, 2002 [21] ................ $ 138,594,536.00

Proportionate share of HolliShare ................................................. .1117 %

    ($154,830 ÷ $ 138,594,536 = .1117 %)


Losses attributed to the Plan from 1990 to 2002 [22] .......... $ 16,976,288.00

Proportionate share of plan losses ........................................... $ 18,965.00

    ($16,976,288  X  .1117% = $18,965)


Appreciation of plan losses to December 31, 2011 ........... $ 89,822,836.00

Proportionate share of appreciation...................................... **$ 100,345.00**

    ($89,822,836  X  .1117% = $100,345)


Losses attributed to excess selling of plan shares [23] ............ $ 1,729,245.00

Appreciation of plan losses to December 31, 2011 ........... $ 35,433,815.00

Proportionate share of plan losses .......................................... **$ 39,585.00**

    ($35,433,815  X  .1117% = $39,585)

---

[20]   Exhibit 620 (Final statement of HolliShare account of Sonya Pace)

[21]   Exhibit 674, p. 9 (HolliShare Highlights 2002, <u>Financial Statements</u>)

[22]   Table No. 1, Column I

[23]   1993 sale only

**Judy Seay**

Participant from 1981 to 1998

Account Balance on December 31, 1998 [24] ............................ $ 710,465.43

Total HolliShare Value December 31, 1998 [25] ................ $ 148,056,668.00

Proportionate share of HolliShare ................................................. .4799%

   ($710,465.43 ÷ $148,056,668 = .4799%)


Losses attributed to the Plan from 1981 to 1998 [26] ............ $19,610,169.00

Proportionate share of plan losses ........................................... $ 94,101.00

   ($19,610,169  X  .4799% = $94,101)


Appreciation of plan losses to December 31, 2011 ......... $ 183,815,132.00

Proportionate share of appreciation ....................................... **$ 882,055.00**

   ($183,815,132  X  .4799% = $882,055)


Losses attributed to excess selling of plan shares [27] .......... $ 16,697,861.00

Appreciation of plan losses to December 31, 2011 ......... $ 729,912,295.00

Proportionate share of plan losses ....................................... **$ 3,502,558.00**

   ($729,912,295  X  .4799% = $3,502,558)

---

[24]   Exhibit 622 (Final statement of HolliShare account of Judy Seay)

[25]   Exhibit 4.23, p. 9 (HolliShare Highlights 1998, Financial Statements)

[26]   Table No. 1, Column I

[27]   1982, 1987, and 1993 sales

DeFazio, et al., v. Hollister, et al., Case No. 04-1358 WBS GGH
Closing Brief and Joinder

Page 11

**Nancy Russell Stanton**

Participant from 1989 to 2001

Account Balance on December 31, 2001 [28] ........................... $ 157,490.00

Total HolliShare Value December 31, 2001 [29] ................ $ 121,758,844.00

Proportionate share of HolliShare ................................................. .1293 %

    ($157,490 ÷ $121,758,844 = .1293%)

Losses attributed to the Plan from 1989 to 2001 [30] ........... $ 13,237,157.00

Proportionate share of plan losses ........................................... $ 17,122.00

    ($13,237,157  X  .1293% = $17,122)

Appreciation of plan losses to December 31, 2011 ........... $ 85,663,814.00

Proportionate share of appreciation ...................................... **$ 110,803.00**

    ($85,663,814  X  .1293% = $110,803)

Losses attributed to excess selling of plan shares [31] ............ $ 1,729,245.00

Appreciation of plan losses to December 31, 2011 ........... $ 35,433,815.00

Proportionate share of plan losses ........................................... **$ 45,832.00**

    ($35,433,815  X  .1293% = $45,832)

---

[28]   Exhibit 624 (Final statement of HolliShare account of Nancy Russell Stanton)

[29]   Exhibit 673, p. 9 (HolliShare Highlights 2001, Financial Statements)

[30]   Table No. 1, Column I

[31]   1993 sale only

**DeFazio, et al., v. Hollister, et al.,** **Case No. 04-1358 WBS GGH**
**Closing Brief and Joinder**

**Cynthia Wirth**

Participant from 1998 to 2005

Account Balance on December 31, 2005 [32].............................. $ 82,410.73

Total HolliShare Value December 31, 2005 [33]................ $ 201,444,738.00

Proportionate share of the Plan...................................................... .0409 %

($82,410.73 ÷ $ 201,444,738 = .0409 %)

Losses attributed to the Plan from 1998 to 2005 [34] ........... $ 18,755,853.00

Proportionate share of plan losses .............................................. $ 7,673.00

($18,755,853  X  .0409 % = $7,673)

Appreciation of plan losses to December 31, 2011........... $ 57,233,406.00

Proportionate share of appreciation........................................ **$ 23,414.00**

($57,233,406  X  .0409% = $23,414)

---

[32]    Exhibit 626 (Final statement of HolliShare account of Cynthia Wirth)

[33]    Exhibit 677, p. 9 (HolliShare Highlights 2005, Financial Statements)

[34]    Table No. 1, Column I

**Kathy Ellis/James DeFazio**

Participant/Beneficiary from 1978 to 2008

Account Balance on December 31, 2008 [35] ............................. $ 6,784,984

Total HolliShare Value December 31, 2008 [36] ................ $ 282,122,989.00

Proportionate share of the Plan...................................................... 2.405 %

    ( $ 6,784,984 ÷ $282,122,989 = 2.405% )

Losses attributed to the Plan from 1978 to 2008 [37] ........... $ 17,252,370.00

Proportionate share of plan losses ......................................... $ 414,919.00

    ($17,252,370  X  2.405% = $414,919)

Appreciation of plan losses to December 31, 2011 ......... $ 234,267,940.00

Proportionate share of appreciation.................................... **$ 5,634,083.00**

    ($234,267,940  X  2.405% = $5,634,083)

Losses attributed to excess selling of plan shares[38] ........... $ 16,697,861.00

Appreciation of plan losses to December 31, 2011 ......... $ 729,912,295.00

Proportionate share of plan losses ................................... **$ 17,554,199.00**

    ($729,912,295  X  2.405% = $17,554,199)

---

[35]  Exhibit 611 (Final statement of HolliShare account of Kathleen Ellis)

[36]  Exhibit 680, p. 9 (HolliShare Highlights 2008, Financial Statements)

[37]  Table No. 1, Column I

[38]  1982, 1987, and 1993 sales

DeFazio, et al., v. Hollister, et al., Case No. 04-1358 WBS GGH
Closing Brief and Joinder

Dated: November 14, 2011          LAW OFFICES OF LYNN HUBBARD


                                   /s/ Scottlynn J Hubbard IV, Esquire      /
                                  SCOTTLYNN J HUBBARD IV
                                  Attorney for Plaintiffs



Dated: November 14, 2011          LAW OFFICE OF JAMES CRAWFORD


                                   /s/ James M. Crawford, Jr., Esquire      /
                                  JAMES M. CRAWFORD, JR.
                                  Attorney for Plaintiffs