| YEAR | BV PER SHARE BEG. OF YR. | INCREASE IN BV PER SHARE ENTIRE YEAR | BV PER SHARE END OF YR. | CURRENT MONTH END BV DATE OF SALE | PRICE PAID PER SH. | JDS SHARES SOLD | SALES PROCEEDS AT CURRENT MONTH END BOOK VALUE (F X D) | SALES PROCEEDS RECEIVED (F X E) | LOSS (G - H) | PERCENT INCREASE IN BV FOR TOTAL YEAR (B/A) | PERCENT INCREASE IN BV AS OF DATE OF SALE | PERCENT INCREASE IN BV FROM DATE OF SALE TO YR END (J - K) | LOSS INCREASED BY % INCREASE IN BV FROM DATE OF SALE TO YEAR END (I X (100% + L)) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1982 | 19.03 | 11.38 | 30.41 | 19.98 | 19.03 | 38,000 | 759,240 | 723,140 | 36,100 | 59.80% | 4.99% | 54.81% | 55,886 |
| 1983 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1984 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1985 | 68.42 | 1.69 | 70.11 | 70.11 | 68.42 | 20,000 | 1,402,200 | 1,368,400 | 33,800 | 2.47% | 2.47% | 0.00% | 33,800 |
| 1986 | 70.11 | 27.45 | 97.56 | 72.4 | 70.11 | 180,000 | 13,032,000 | 12,619,800 | 412,200 | 39.15% | 3.27% | 35.89% | 560,124 |
| 1987 | 97.56 | 47.48 | 145.04 | 101.52 | 97.56 | 100,000 | 10,152,000 | 9,756,000 | 396,000 | 48.67% | 4.06% | 44.61% | 572,649 |
| 1988 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1989 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1990 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1991 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1992 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1993 | 344.4 | 60.6 | 405 | 348.54 | 344.4 | 75,000 | 26,140,500 | 25,830,000 | 310,500 | 17.60% | 1.20% | 16.39% | 361,403 |
| 1994 | | 0 | | | | 0 | 0 | 0 | 0 | | | | 0 |
| 1995 | 489.91 | 108.99 | 598.9 | 517.16 | 489.91 | 30,000 | 15,514,800 | 14,697,300 | 817,500 | 22.25% | 5.56% | 16.68% | 953,897 |
| 1996 | 59.89 | 13.17 | 73.06 | 64.61 | 59.89 | 166,973 | 10,788,126 | 10,000,013 | 788,113 | 21.99% | 7.88% | 14.11% | 899,309 |
| 1997 | 73.06 | 11.99 | 85.05 | 76.06 | 73.06 | 135,000 | 10,268,100 | 9,863,100 | 405,000 | 16.41% | 4.11% | 12.30% | 454,835 |
| 1998 | 85.05 | 21.61 | 106.66 | 88.59 | 85.05 | 250,000 | 22,147,500 | 21,262,500 | 885,000 | 25.41% | 4.16% | 21.25% | 1,073,030 |
| 1998 | 85.05 | 21.61 | 106.66 | 93.76 | 85.05 | 120,000 | 11,251,200 | 10,206,000 | 1,045,200 | 25.41% | 10.24% | 15.17% | 1,203,731 |
| 1999 | 106.66 | 17.87 | 124.53 | 112.29 | 106.66 | 200,000 | 22,458,000 | 21,332,000 | 1,126,000 | 16.75% | 5.28% | 11.48% | 1,255,217 |
| 2000 | 124.53 | 9.97 | 134.5 | 129.01 | 124.53 | 150,000 | 19,351,500 | 18,679,500 | 672,000 | 8.01% | 3.60% | 4.41% | 701,626 |
| 2001 | 134.5 | 20.62 | 155.12 | 138.86 | 134.5 | 220,000 | 30,549,200 | 29,590,000 | 959,200 | 15.33% | 3.24% | 12.09% | 1,075,160 |
| 2002 | 155.12 | 35.18 | 190.3 | 170.16 | 155.12 | 46,250 | 7,869,900 | 7,174,300 | 695,600 | 22.68% | 9.70% | 12.98% | 785,913 |
| 2003 | 190.3 | 47.86 | 238.16 | 207.65 | 190.3 | 44,750 | 9,292,338 | 8,515,925 | 776,413 | 25.15% | 9.12% | 16.03% | 900,891 |
| 2004 | 238.16 | 49.8 | 287.96 | 263.06 | 238.16 | 50,000 | 13,153,000 | 11,908,000 | 1,245,000 | 20.91% | 10.46% | 10.46% | 1,375,167 |
| 2005 | 287.96 | 41 | 328.96 | 308.72 | 287.96 | 22,000 | 6,791,840 | 6,335,120 | 456,720 | 14.24% | 7.21% | 7.03% | 488,822 |
| 2006 | 328.96 | 68.78 | 397.74 | 356.37 | 328.96 | 26,500 | 9,443,805 | 8,717,440 | 726,365 | 20.91% | 8.33% | 12.58% | 817,713 |
| 2007 | 397.74 | 86.96 | 484.7 | 443.66 | 397.74 | 85,500 | 37,932,930 | 34,006,770 | 3,926,160 | 21.86% | 11.55% | 10.32% | 4,331,273 |
| 2008 | 484.7 | 123.15 | 607.85 | 546.28 | 484.7 | 25,000 | 13,657,000 | 12,117,500 | 1,539,500 | 25.41% | 12.70% | 12.70% | 1,735,058 |
| 2009 | 607.85 | 99.67 | 707.52 | 657.7 | 607.85 | 40,500 | 26,636,850 | 24,617,925 | 2,018,925 | 16.40% | 8.20% | 8.20% | 2,184,398 |
| 2010 | 707.52 | 125.29 | 832.81 | 770.75 | 707.52 | 42,500 | 32,756,875 | 30,069,600 | 2,687,275 | 17.71% | 8.94% | 8.77% | 2,922,989 |
| 2011 | 832.81 | 171.47 | 1004.28 | 917.67 | 832.81 | 37,259 | 34,191,467 | 31,029,668 | 3,161,799 | 20.59% | 10.19% | 10.40% | 3,490,617 |