| YEAR | 1983 33.18% | 1984 29.36% | 1985 33.18% | 1986 39.15% | 1987 48.67% | 1988 41.34% | 1989 9.67% | 1990 17.37% | 1991 13.31% | 1992 15.18% | 1993 17.60% | 1994 20.96% | 1995 22.25% | 1996 21.99% | 1997 16.41% | 1998 25.41% | 1999 16.75% | 2000 8.01% | 2001 15.33% | 2002 22.31% | 2003 25.53% | 2004 20.91% | 2005 14.24% | 2006 20.91% | 2007 21.87% | 2008 25.40% | 2009 16.40% | 2010 17.65% | 2011 20.59% | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1982 | 74,429 | 96,281 | 128,227 | 178,428 | 265,269 | 374,931 | 411,186 | 482,609 | 546,845 | 629,856 | 740,710 | 895,963 | 1,095,315 | 1,336,175 | 1,555,441 | 1,950,679 | 2,277,417 | 2,459,839 | 2,836,932 | 3,469,851 | 4,355,704 | 5,266,482 | 6,016,429 | 7,274,464 | 8,865,390 | 11,117,199 | 12,940,419 | 15,224,403 | 18,359,108 | 1982 |
| 1983 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1983 |
| 1984 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1984 |
| 1985 | | | 33,800 | 47,033 | 69,924 | 98,830 | 108,387 | 127,214 | 144,146 | 166,027 | 195,248 | 236,172 | 288,720 | 352,209 | 410,007 | 514,190 | 600,316 | 648,402 | 747,802 | 914,636 | 1,148,143 | 1,388,219 | 1,585,902 | 1,917,514 | 2,336,874 | 2,930,440 | 3,411,033 | 4,013,080 | 4,839,373 | 1985 |
| 1986 | | | | 560,124 | 832,736 | 1,176,990 | 1,290,804 | 1,515,017 | 1,716,666 | 1,977,256 | 2,325,253 | 2,812,626 | 3,438,435 | 4,194,547 | 4,882,872 | 6,123,610 | 7,149,315 | 7,721,975 | 8,905,754 | 10,892,627 | 13,673,515 | 16,532,647 | 18,886,896 | 22,836,146 | 27,830,411 | 34,899,336 | 40,622,827 | 47,792,755 | 57,633,284 | 1986 |
| 1987 | | | | | 572,649 | 809,383 | 887,650 | 1,041,835 | 1,180,503 | 1,359,703 | 1,599,011 | 1,934,164 | 2,364,515 | 2,884,472 | 3,357,814 | 4,211,035 | 4,916,383 | 5,310,186 | 6,124,237 | 7,490,554 | 9,402,893 | 11,369,038 | 12,987,989 | 15,703,777 | 19,138,193 | 23,999,295 | 27,935,179 | 32,865,738 | 39,632,793 | 1987 |
| 1988 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1988 |
| 1989 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1989 |
| 1990 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1990 |
| 1991 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1991 |
| 1992 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1992 |
| 1993 | | | | | | | | | | | 361,403 | 437,152 | 534,419 | 651,938 | 758,921 | 951,762 | 1,111,183 | 1,200,188 | 1,384,177 | 1,692,987 | 2,125,207 | 2,569,587 | 2,935,497 | 3,549,309 | 4,325,543 | 5,424,231 | 6,313,804 | 7,428,191 | 8,957,655 | 1993 |
| 1994 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1994 |
| 1995 | | | | | | | | | | | | | 953,897 | 1,163,659 | 1,354,616 | 1,698,824 | 1,983,377 | 2,142,245 | 2,470,652 | 3,021,854 | 3,793,333 | 4,586,519 | 5,239,640 | 6,335,248 | 7,720,767 | 9,681,842 | 11,269,664 | 13,258,759 | 15,988,738 | 1995 |
| 1996 | | | | | | | | | | | | | | 899,309 | 1,046,886 | 1,312,899 | 1,532,810 | 1,655,588 | 1,909,389 | 2,335,374 | 2,931,595 | 3,544,592 | 4,049,342 | 4,896,059 | 5,966,827 | 7,482,401 | 8,709,515 | 10,246,744 | 12,356,549 | 1996 |
| 1997 | | | | | | | | | | | | | | | 454,835 | 570,409 | 665,952 | 719,295 | 829,563 | 1,014,638 | 1,273,675 | 1,540,001 | 1,759,297 | 2,127,166 | 2,592,377 | 3,250,841 | 3,783,979 | 4,451,851 | 5,368,487 | 1997 |
| 1998 | | | | | | | | | | | | | | | | 1,073,030 | 1,252,763 | 1,252,763 | 1,444,811 | 1,767,148 | 2,218,301 | 2,682,148 | 3,064,086 | 3,704,786 | 4,515,023 | 5,661,839 | 6,590,381 | 7,753,583 | 9,350,046 | 1998 |
| 1998 | | | | | | | | | | | | | | | | 1,203,731 | 1,405,356 | 1,517,925 | 1,750,623 | 2,141,187 | 2,687,832 | 3,249,858 | 3,712,638 | 4,488,950 | 5,470,684 | 6,860,237 | 7,985,316 | 9,394,725 | 11,329,099 | 1998 |
| 1999 | | | | | | | | | | | | | | | | | 1,255,217 | 1,355,759 | 1,563,597 | 1,912,436 | 2,400,681 | 2,902,663 | 3,316,002 | 4,009,378 | 4,886,230 | 6,127,332 | 7,132,214 | 8,391,050 | 10,118,767 | 1999 |
| 2000 | | | | | | | | | | | | | | | | | | 701,626 | 809,185 | 989,714 | 1,242,388 | 1,502,171 | 1,716,080 | 2,074,913 | 2,528,696 | 3,170,985 | 3,691,027 | 4,342,493 | 5,236,612 | 2000 |
| 2001 | | | | | | | | | | | | | | | | | | | 1,075,160 | 1,315,028 | 1,650,755 | 1,995,927 | 2,280,147 | 2,756,926 | 3,359,866 | 4,213,272 | 4,904,249 | 5,769,848 | 6,957,860 | 2001 |
| 2002 | | | | | | | | | | | | | | | | | | | | 785,913 | 986,557 | 1,192,846 | 1,362,707 | 1,647,649 | 2,007,990 | 2,518,020 | 2,930,975 | 3,448,292 | 4,158,295 | 2002 |
| 2003 | | | | | | | | | | | | | | | | | | | | | 900,891 | 1,089,268 | 1,244,380 | 1,504,579 | 1,833,631 | 2,299,373 | 2,676,470 | 3,148,867 | 3,797,219 | 2003 |
| 2004 | | | | | | | | | | | | | | | | | | | | | | 1,375,167 | 1,570,990 | 1,899,485 | 2,314,902 | 2,902,887 | 3,378,960 | 3,975,347 | 4,793,871 | 2004 |
| 2005 | | | | | | | | | | | | | | | | | | | | | | | 488,822 | 591,034 | 720,294 | 903,248 | 1,051,381 | 1,236,950 | 1,491,637 | 2005 |
| 2006 | | | | | | | | | | | | | | | | | | | | | | | | 817,713 | 996,546 | 1,249,669 | 1,454,615 | 1,711,354 | 2,063,722 | 2006 |
| 2007 | | | | | | | | | | | | | | | | | | | | | | | | | 4,331,273 | 5,431,416 | 6,322,168 | 7,438,031 | 8,969,522 | 2007 |
| 2008 | | | | | | | | | | | | | | | | | | | | | | | | | | 1,735,058 | 2,019,608 | 2,376,068 | 2,865,301 | 2008 |
| 2009 | | | | | | | | | | | | | | | | | | | | | | | | | | | 2,184,398 | 2,569,944 | 3,099,096 | 2009 |
| 2010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2,922,989 | 3,524,832 | 2010 |
| 2011 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3,490,617 | 2011 |

244,382,485