| DAMAGES | YEAR | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 33.18% | 29.36% | 33.18% | 39.15% | 48.67% | 41.34% | 9.67% | 17.37% | 13.31% | 15.18% | 17.60% | 20.96% | 22.25% | 21.99% | 16.41% | 25.41% | 16.75% | 8.01% | 15.33% | 22.31% | 25.53% | 20.91% | 14.24% | 20.91% | 21.87% | 25.40% | 16.40% | 17.65% | 20.59% | |
| | 1982 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1982 |
| | 1983 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1983 |
| | 1984 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1984 |
| 1,751,216 | 1985 | | | | 2,436,817 | 3,622,816 | 5,120,488 | 5,615,639 | 6,591,076 | 7,468,348 | 8,602,043 | 10,116,003 | 12,236,317 | 14,958,897 | 18,248,359 | 21,242,915 | 26,640,739 | 31,103,063 | 33,594,419 | 38,744,443 | 47,388,328 | 59,486,568 | 71,925,210 | 82,167,360 | 99,348,554 | 121,076,083 | 151,829,409 | 176,729,432 | 207,922,176 | 250,733,352 | 1985 |
| | 1986 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1986 |
| | 1987 | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1987 |
| | 1988 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1988 |
| | 1989 | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1989 |
| | 1990 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1990 |
| 13,217,400 | 1991 | | | | | | | | | | 15,223,801 | 17,903,190 | 21,655,699 | 26,474,092 | 32,295,745 | 37,595,477 | 47,148,487 | 55,045,859 | 59,455,032 | 68,569,489 | 83,867,342 | 105,278,674 | 127,292,445 | 145,418,889 | 175,825,978 | 214,279,120 | 268,706,016 | 312,773,803 | 367,978,379 | 443,745,127 | 1991 |
| | 1992 | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1992 |
| | 1993 | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1993 |
| 1,729,245 | 1994 | | | | | | | | | | | | | 2,114,002 | 2,578,871 | 3,002,064 | 3,764,888 | 4,395,507 | 4,747,587 | 5,475,392 | 6,696,952 | 8,406,684 | 10,164,522 | 11,611,950 | 14,040,008 | 17,110,558 | 21,456,640 | 24,975,529 | 29,383,710 | 35,433,815 | 1994 |
| | 1995 | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1995 |
| | 1996 | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1996 |
| | 1997 | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1997 |
| | 1998 | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1998 |
| | 1998 | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1988 |
| | 1999 | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1999 |
| | 2000 | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2000 |
| | 2001 | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2001 |
| | 2002 | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2002 |
| | 2003 | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2003 |
| | 2004 | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2004 |
| | 2005 | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 2005 |
| | 2006 | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 2006 |
| | 2007 | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 2007 |
| | 2008 | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 2008 |
| | 2009 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 2009 |
| | 2010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 2010 |
| | 2011 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2011 |
| | | | | | | | | | | | | | | | | | | | | | 209,382,176 | | | | | | 514,478,763 | 605,284,265 | 729,912,295 | |